FILED

2025 OCT -2 PM 3: 25

CLERK U S DIST....
.......AL DIS....
LOS ANGELES

rsm

**Verified Federal Complaint**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Elzira Mae Thornton El, Ancestral Matriarch of the
Moorish American Esan Estate,
Plaintiff,

**2:25-CV-09418-ODW-KS**

v.

Breckenridge Property Fund 2016 LLC / Wedgewood;
United Wholesale Mortgage; MTC Financial Inc. d/b/a
Trustee Corps; CoreLogic Solutions LLC; Zillow Group
Inc.; Big Block Realty / Alejandro Soto; SoCalGas; Luke
Sinkinson (Law Offices of Sam Chandra APC); DAWG
(Doors and Windows Guard Systems); Los Angeles County
Sheriff's Department; Andrew Abram Esbenshade; Los
Angeles County Recorder's Office; U.S. Securities and
Exchange Commission; U.S. Department of the Treasury;
Federal Trade Commission; Mortgage Electronic
Registration Systems (MERS);

Defendants.

**Jurisdiction and Venue**

This Court has subject matter jurisdiction under Article III,
Section 2 of the United States Constitution; 28 U.S.C. §
1331 (federal question jurisdiction); 28 U.S.C. § 1332
(diversity jurisdiction); and 28 U.S.C. § 1343 (civil rights
jurisdiction). Venue is proper in this District as the
property, parties, and unlawful acts occurred in Los
Angeles County, California, within the jurisdiction of the
Central District of California.

**Procedural History**

Plaintiff previously sought federal relief in cases involving
United Wholesale Mortgage and related parties. In one
matter, the Court dismissed for lack of jurisdiction and
remanded to the Superior Court of California, despite the
fact that jurisdiction properly lies under Article III, Section

2 of the U.S. Constitution, 28 U.S.C. §§ 1331 and 1332, and 28 U.S.C. § 1343, given the diversity of citizenship, federal questions presented, and civil rights violations at issue.

Another prior action was not advanced due to financial hardship at the time, as Plaintiff was unable to pay filing fees or present the full evidentiary record. Plaintiff now returns with complete evidence, proper standing, and jurisdictional authority firmly established.

## Statement of Facts

Plaintiff incorporates by reference Exhibits A through CC, including Exhibit HC, as evidence of fraudulent foreclosure, recording fraud, unlawful dispossession, and ongoing harm. Defendants acted willfully and in concert, violating state and federal law.

## Claims for Relief

Counts will be specified here: RICO violations, fraud, unlawful foreclosure, civil rights violations, and FOIA enforcement.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests judgment against Defendants jointly and severally, including but not limited to:
1. Declaratory judgment quieting title in Plaintiff's favor;
2. Injunctive relief halting any sale or transfer of the estate property;
3. Damages in an amount to be proven at trial;
4. Costs, fees, and further relief deemed just and proper.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Esan Estate
All Rights Reserved, UCC 1-308

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, Plaintiff, in proper person,

v.

Breckenridge Property Fund 2016 LLC / Wedgewood;
United Wholesale Mortgage;
MTC Financial Inc. d/b/a Trustee Corps;
CoreLogic Solutions, LLC (d/b/a RealQuest);
Zillow Group, Inc.;
Big Block Powerhouse Realty / Alejandro Soto;
SoCalGas;
Luke Sinkinson, Esq., Law Offices of Sam Chandra APC;
DAWG (Door and Window Guard Systems, Inc);
Los Angeles County Sheriff's Department;
Andrew Abram Esbenshade;
Los Angeles County Recorder's Office;
U.S. Bank, N.A.;
U.S. Securities and Exchange Commission (SEC);
Federal Trade Commission (FTC);
Bonding Companies of All Defendants,

Defendants.

Case No: [To Be Assigned]
VERIFIED FEDERAL COMPLAINT FOR FRAUD, RICO, CIVIL RIGHTS VIOLATIONS, QUIET TITLE, TRESPASS, INJUNCTIVE RELIEF, AND DAMAGES

## PRELIMINARY STATEMENT
This Verified Complaint arises from a fraudulent scheme involving unlawful foreclosure, recording of void instruments, trespass, mail fraud, wire fraud, and denial of rights under

2

color of law. Plaintiff seeks equitable relief, injunctive protection, quiet title, and damages for harms suffered. Fraudulent deeds and contracts are void ab initio (Norton v. Shelby County, 118 U.S. 425 (1886)), and fraud vitiates all agreements (United States v. Throckmorton, 98 U.S. 61 (1878)).

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as the claims involve federal questions including violations of 42 U.S.C. § 1983, RICO (18 U.S.C. §§ 1961–1968), FOIA (5 U.S.C. § 552), and consumer protection laws (15 U.S.C. § 45). Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391, as the property and events are located within this District, including the Edward R. Roybal Federal Building and Courthouse.

## STATEMENT OF FACTS

Plaintiff is the Ancestral Matriarch of the Moorish American Ancestral Esan Estate, domiciled at 1056 West 52nd Street, Los Angeles, California Republic 90037. Plaintiff lawfully inherited and maintains ownership over the property. Defendants engaged in unlawful foreclosure practices, fraudulent recording of deeds, rejection of lawful service, and trespass through lockouts and third-party occupation of the Estate. Each attached Exhibit (A–CC, including Exhibit HC and L-1) corresponds directly to factual evidence of fraud, mail tampering, notary irregularities, and interference with Plaintiff's rights.

## FRACTUAL BACKGROUND AND EXHIBITS

Exhibits A through CC (including HC and L-1) include evidence of fraudulent deeds, QWR responses, mail tampering, sheriff's notices, trespass photographs, FOIA records from the SEC, and more. Exhibit HC demonstrates precedent from Harris County Mortgage Fraud litigation that restored ownership to numerous victims, confirming fraudulent deeds are void.

## CAUSES OF ACTION

1. Fraud – based on forged, fraudulent, and void instruments (Norton v. Shelby County).
2. Civil Rights Violations – under 42 U.S.C. § 1983 (deprivation of rights under color of law).
3. RICO – 18 U.S.C. §§ 1961–1968, for acts of mail fraud, wire fraud, and racketeering.
4. FOIA Violation – against the SEC for failure to disclose under 5 U.S.C. § 552.
5. Unfair and Deceptive Acts – under the Federal Trade Commission Act, 15 U.S.C. § 45.

3

6. Trespass and Conversion – by DAWG, Sheriff's Department, and others.

7. Quiet Title – to restore Plaintiff's lawful ownership.

8. Injunctive Relief – to prevent further trespass, sale, or encumbrance.

9. Damages – including tort damages, punitive damages, and enforcement of Plaintiff's Fee Schedule.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands:

a. Quiet Title judgment in favor of Plaintiff;

b. Injunction halting all foreclosure, trespass, and sales;

c. Compelling Defendants to return all monies gained from the Estate;

d. Compensatory and punitive damages, collectively $220 trillion in lawful money;

e. Enforcement of Fee Schedule for ongoing violations;

f. Costs, fees, and other relief deemed just and proper by this Court.

## VERIFICATION

I, Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, verify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25 day of _Sept_ 2025.

*Elzira Mae Thornton El*

Elzira Mae Thornton El
Ancestral Matriarch

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EXHIBIT INDEX

- Exhibit A – Fraudulent Deed of Trust

- Exhibit B – Affidavit of Fact: Notice of Default

- Exhibit C – Affidavit of Recording Fraud

- Exhibit D – FOIA Correspondence with SEC

- Exhibit E – Zillow Listing & Trespass Photos

- Exhibit F – Matriarchal Declaration / Court Decree

- Exhibit G – Reserved Evidence

- Exhibit H – IRS Filings: Form 1099-A Filings & Form 1096

- Exhibit I – Declaration of Non-Recording by Secretary of State

- Exhibit J – Fraudulent Notary Commission Record

- Exhibit K – Sheriff's Notice to Vacate / Trespass Evidence

- Exhibit L – Affidavit of Unlawful Dispossession

- Exhibit L-1 – Statement of Trevyonne Benson (Firsthand Account of Eviction & Harm)

- Exhibit M – Mail Tampering & Misdirected Mail Evidence

- Exhibit N – CUSIP, OCC, & FOIA Financial Records

- Exhibit O – Credit Report Evidence

- Exhibit P – USPS Certified Mailing Receipts

- Exhibit Q – Qualified Written Requests (QWR)

- Exhibit R – Notice of Default and Opportunity to Cure

- Exhibit S – Public Record History (RPR for Domicile)

- Exhibit T – Fee Schedule & Estate Declaration

- Exhibit U – Fraudulent Recording: Corporate Assignment of Deed of Trust (MERS / Tracy Rogers)

- Exhibit V – Ownership & Security Filings (UCC Filings)

- Exhibit W – Release of Obligation (Paid in Full Evidence)

- Exhibit X – State Court Decree & DBA Filing

- Exhibit Y – CSC Rejections

- Exhibit Z – Ownership & Security Filings (Deeds, Apostilles, Court Certifications)

- Exhibit AA – Ownership Addendum

- Exhibit BB – Demand to Compel

- Exhibit CC – Fee Schedule (Updated Version)

- Exhibit DD – Defendant List with Addresses

- Exhibit HC – Harris County Attorney Precedent: Reversal of Fraudulent Deeds

Date: September 25, 2025

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

**Exhibit A – Fraudulent Deed of Trust**

This exhibit consists of the recorded instrument styled as a Deed of Trust and/or Assignment of Deed of Trust, bearing fraudulent notarial acknowledgments and defects in execution. Said instrument constitutes evidence of recording fraud, forgery, and misrepresentation clouding title to Plaintiff's estate property.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



6

*Exhibit A*

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, INC.

[AND WHEN RECORDED MAIL TO]
Cenlar FSB C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Contact Cenlar FSB for this instrument 425 Phillips Blvd, Ewing, NJ 08618, telephone # 1-800-223-6527, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer, and set over all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due thereon to UNITED SHORE FINANCIAL SERVICES, LLC D/B/A UNITED WHOLESALE MORTGAGE, A MICHIGAN LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 1414 EAST MAPLE RD, TROY, MI 48083, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by ELZIRA M. WILBURN, A WIDOW to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS and recorded on 09/23/2020 as Instrument # 20201156933 in the office of the LOS ANGELES County Recorder, CA.

IN WITNESS WHEREOF, this Assignment is executed this 17th day of September in the year 2021

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS

*Tracy Rogers*

TRACY ROGERS
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 17th day of September in the year 2021, by Tracy Rogers as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Aaron Burdick*

AARON BURDICK
COMM EXPIRES: 11/22/2024



AARON BURDICK
Notary Public - State of Florida
Commission # HH 066979
My Comm. Expires Nov 22, 2024
Bonded through National Notary Assn.

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
CENAV 427718246   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)   DEFAULT   MIN 100032412204860545 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T172109-12:21:27 [C-1] EFRMCAL1

*00084370793*

7

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit B – Affidavit of Fact: Notice of Default

This exhibit consists of Plaintiff's sworn Affidavit of Fact and Notice of Default served upon Defendants. Said affidavit demonstrates that Defendants were lawfully noticed of fraud, default, and dishonor, and failed to rebut or cure within the prescribed timeframe, thereby constituting lawful default under the Uniform Commercial Code and common law principles.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved







Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

❧ ~ 'Temple of the Moon and Sun' ~ ☙

❧ ~ Societas Republicae Ea Al Maurikanos ~ ☙

The True and De jure Natural Peoples ~ Heirs of the Land

Affidavit of Fact

# Notice of Default

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

Exhibit: B

Mat Ishbia, (acting as) President / Chief Executive Officer
UNITED WHOLESALE MORTGAGE (Inc.)
585 South Blvd E.
Pontiac, Michigan republic [near. 48341]

Additional Mailing Location:
P.O. Box 77423
Ewing, New Jersey republic [near. 08628]

RE: Affidavit of Dispute [Exhibit: A]; misrepresented instruments – foreign bills of exchange titled DELINQUENT NOTICE dated June 17, 2021, and June 18, 2021.

I am in receipt of your two (2) misrepresented instruments – foreign bills of exchange titled DELINQUENT NOTICE dated June 17, 2021, and June 18, 2021. However, your instruments are

Page 1 of 2

9

spurious and does not constitute an answer to my dispute because the sender is not properly identified on either of the instruments (Loan Servicing Department is not the sender) nor is there a signature thereto, and both instruments are addressed to the fictitious corporate person / nom de guerre inscribed in ALL CAPS, i.e., ELZIRA M WILBURN and not me which constitutes evidence of fraud in the inducement. See **EXHIBITS: B1** and **B2** attached hereto; and see **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** (*"Fraud vitiates the most solemn contracts, documents, and even judgments."*).

On June 24, 2021, you were served process at your present address via United States Postmaster – certified mail (article number 7020 0640 0001 1799 2415) with the Affidavit of Dispute [Exhibit: A], and was given five (5) days from that date to answer and prove your claim in accordance with the prerequisites of my due process rights secured by the 5th Amendment of the Constitution for the United States of North America. As of this date you have waived your due process rights by failing to answer and prove your claim of an allege debt which constitutes default.

Your default stands as conclusive evidence of your admission by silence to you committing acts of fraud in the inducement. Your default also stands as conclusive proof of you having no valid claim, and your instruments as well as account / loan number 0144794658 being unconstitutional, notwithstanding, null and void ab initio, and unenforceable for lack of jurisdiction and fraud.

I am now seeking the following damages from you, Mat Ishbia, and all other representatives of UNITED WHOLESALE MORTGAGE (Inc.):

**Allodial Compensation Invoice for Damages**

| Damage | Cost |
|---|---|
| Conspiracy against rights (18 USC 241) | $75,000.00 |
| Denationalization | $75,000.00 |
| False identity | $75,000.00 |
| Extortion | $75,000.00 |
| Fraud in the inducement | $75,000.00 |
| Lunch and misc. (paper, ink, envelopes) | $2,500.00 |
| Consular assistance | $20,000.00 |

10

Total: $397,500.00 payable in lawful money .9999 fine silver bullion coins or bar DUE FORTHWITH.

I hereby invoke my treaty rights to inherit my ancestral estate in reversion (known as 1056 W 52nd Street, Los Angeles, California republic), and my treaty right to consular jurisdiction in this dispute which are guaranteed to be secured under Articles 20 and 22 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which aver the following:

> Article 20. If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the Consul shall decide between the parties and whenever the Consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

> Article 22. If an American citizen shall die in our country, and no will shall appear, the Consul shall take possession of his effects, and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the Heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will, as soon as the Consul shall declare the validity thereof.

In support thereof, see **Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)** (*"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements."*).

### Reversion Statement

I am not lost at sea; and I affirm and declare my right of 'reversion of estate' and therefore I make no claim with respect to the title and misrepresented name ELZIRA M WILBURN / Man-of-Straw and nom de guerre, and the spurious creations of the foreign, de facto United States Corporate

operators, actors, and owners; and I surrender and assign any and all 'Reversionary Interest' to the foreign United States / UNITED STATES (Inc.) and its subsidiaries for full 'Acquittance Discharge Settlement' and 'Closure' of my reliance per Title 12 USC 95a, part 2. I assume no liabilities or debts however contrived among its associates; and I do not consent to stand as 'Surety' for ELZIRA M WILBURN or for the foreign, private, and for-profit UNITED STATES INCORPORATED / U. S. Corporation Company entity owners, directors or their administrators; nor do I stand as 'Surety' for its subsidiaries or its associates at any point, or moment in time.

### Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.

Executed this ___9TH___ day of ___July___, 2021.

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
ELZIRA M WILBURN;
All Rights Reserved.
C/o 1056 W 52nd Street
Los Angeles, California republic [Zip Exempt]

Page 4 of 2

Maghrib al Aqṣá.
North-West Amexen.

Duly subscribed and affirmed on this _9ᵗᴴ_ day of ___July___, 1443 M.C.Y. [C.C.Y. 2021], before me, a Wazir [Notary Public] of Morocco at the California state republic.

WITNESS my hand, and official seal:

_____
Wazir [Notary Public]; All Rights Reserved.

_Denis MArtınez Bey_
_____
(Printed Appellation)



Affidavit of Fact

Certificate of Service

I, Elzira Thornton-El, hereby certify that on the __9th__ day of __July__, 2021, the
enclosed Affidavit of Fact: Notice of Default [Exhibit: B] and attachments **EXHIBITS: B1** and **B2**
were sent via certified mail to the following recipients:

Mat Ishbia, (acting as) President / Chief Executive Officer
UNITED WHOLESALE MORTGAGE (Inc.)
585 South Blvd E.
Pontiac, Michigan republic [near. 48341]

Attention: Authorized Representative
UNITED WHOLESALE MORTGAGE (Inc.)
P.O. Box 77423
Ewing, New Jersey republic [near. 08628]

All Rights Reserved.

C.C: Shirley N. Weber, California Secretary of State

Antony J. Blinken, United States Secretary of Sate

Monty Wilkinson, acting United States Attorney General

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

Lamont Maurice El, Consul General of Morocco, Maghrib al Aqsá

EnforceTheConstitution.org/

All other interested persons

# EXHIBIT: B1

Page 7 of 2

/5

# USPS Tracking®

Track Another Package +

Remove X

Tracking Number: 9590940262280265826562

Your package is on its way to a USPS facility. Sign up to get updates, and we'll send you a delivery date and time when available.

USPS Tracking Plus® Available ∨

## Return Receipt Associated

July 14, 2021 at 1:44 pm

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: Mat IShbia President/chief executive officer UNITED WHOLESALE MORTGAGE (INC) •Notice of default [ExB1 + B2] | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |

9590 9402 6228 0265 8265 62

7020 1290 0002 0893 9318

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

16

**Exhibit Certification**

This is to certify that the following document is submitted as an official exhibit in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit C – Affidavit of Recording Fraud

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



17

**Affidavit of Recording Fraud**

I, Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, declare and affirm the following facts under penalty of perjury, with full reservation of rights UCC 1-308:

1. I am the rightful heir and Ancestral Matriarch of the Moorish American Ancestral Esan Estate, domiciled at 1056 West 52nd Street, Los Angeles, California Republic 90037.

2. A fraudulent instrument styled as a Corporate Assignment of Deed of Trust was recorded against my estate property. Said instrument contains a notary commission number that is fraudulent and issued outside of California, while purporting to convey interest in California real property.

3. The notary acknowledgment contained within the document is false, as the parties named therein were not present before the notary, rendering the instrument void ab initio.

4. This fraudulent document was filed in the Los Angeles County Recorder's Office, clouding title to my estate property and constituting recording fraud, forgery, and misrepresentation.

5. Said fraudulent recording has caused harm, dispossession, and injury to the Moorish American Ancestral Esan Estate, and stands as evidence of coordinated fraudulent conveyances designed to deprive me of lawful possession and inheritance.

6. I hereby give lawful notice to all parties that such fraudulent instruments are void, convey no rights, and constitute violations under common law, California law, and federal statutes including 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud), and 1001 (false statements).

18

7. I reserve all rights, waive none, and affirm that all statements herein are true, correct, and complete to the best of my knowledge and belief.

Executed this 25 day of September 2025.

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit D – FOIA Correspondence with SEC

This exhibit consists of correspondence from the U.S. Securities and Exchange Commission acknowledging Plaintiff's FOIA request, together with a notice of extension. Said correspondence demonstrates lawful filing of FOIA request number 25-00328-FOPA, the SEC's acknowledgment of the request, and subsequent delay or obstruction in producing responsive records. This evidence supports Plaintiff's FOIA enforcement claims under 5 U.S.C. § 552.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



10



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services                    UPDATED

July 8, 2025

Ms. Elzira Mae Thornton El Ancestral Matriarch
Moorish American Esan Estate
3434 South Budlong Avenue
Los Angeles, CA 90007

Re:   Freedom of Information Act (FOIA), 5 U.S.C. § 552
      Request No. 25-00328-FOPA

Dear Ms. Thornton El:

This letter is an acknowledgment of your FOIA request dated June 19, 2025, and received in this office on June 23, 2025, for records regarding Residential Mortgage Records.

Your request has been assigned tracking number 25-00328-FOPA. Your request will be assigned to a Research Specialist for processing and you will be notified of the findings as soon as possible. We will be unable to respond to your request within the Freedom of Information Act's twenty day statutory time period, as there are unusual circumstances which impact on our ability to quickly process your request. Therefore, we are invoking the 10 day extension. These unusual circumstances are: (a) the need to search for and collect records from an organization geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other offices having a substantial interest in either the determination or the subject matter of the records. For these reasons, we will process your case consistent with the order in which we received your request.

If you do not receive a response after thirty business days from when we received your request, you have the right to seek dispute resolution services from an SEC FOIA Public Liaison or the Office of Government Information Services (OGIS). A list of SEC FOIA Public Liaisons can be found on our agency website at https://www.sec.gov/oso/contact/foia-contact.html. OGIS can be reached at 1-877-684-6448 or Archives.gov or via email at ogis@nara.gov.

In the interim, if you have any questions about your request, you may contact this office by calling (202) 551-7900, or sending an e-mail to foiapa@sec.gov. Please refer to your tracking number when contacting us.

Elzira Mae Thornton El                                    25-00328-FOPA
July 8, 2025
Page Two


    For additional information, please visit our website at
www.sec.gov and follow the FOIA link at the bottom.

                Sincerely,

                Office of FOIA Services

**Exhibit Certification**

This is to certify that the following document set is submitted as an official exhibit in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit E = Zillow Listings & Trespass Photos

This exhibit includes correspondence from Zillow Group acknowledging the listing of Plaintiff's property, together with online listings, photographs of unauthorized sales postings, demolition, rebuilding, and trespass activity. These materials collectively demonstrate Defendants' knowledge, participation, and injury caused to Plaintiff's estate.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



23

*EXHIBIT E*

 Gmail

Elzira Thornton El <elzimae@gmail.com>

## Re: Your Zillow Inquiry

1 message

Wed, May 21, 2025 at 9:52 AM

**Zillow Customer Support** <care@zillowgroup.com>
To: "elzimae@gmail.com" <elzimae@gmail.com>

Hello,

Thank you for contacting us about your property at 1056 W 52nd St, Los Angeles, CA 90037. I understand the concern of seeing your home listed for sale when it should not be and I'm happy to shed some light on this situation.

Upon researching the issue, I see that this listing is still currently active on the MLS and other real estate websites:

https://www.redfin.com/CA/Los-Angeles/1056-W-52nd-St-90037/home/6862811

https://www.corcoran.com/listing/for-sale/1056 w-52nd-street-los-angeles-ca-90037/95013941/regionId/100

https://www.compass.com/listing/1056-west-52nd-street-los-angeles-ca-90037/1781493238775167233/

Zillow doesn't have access to individual MLSs. I'm unable to remove this listing myself. However, the listing agent should be able to remove this listing from the MLS very easily. Once removed from the MLS, it will be removed from Zillow in 24-48 hours.

If the listing agent runs into any issues removing this listing, they can contact technical support for the MLS for further assistance. According to the Zillow website, this property is listed by:

Samantha Ramirez  (424-400-1064)

Please let me know if there's anything else I can help you with today.

Best Regards,

Britney

**Visit our Help Center**

## ZILLOWGROUP

ZILLOW  TRULIA  STREETEASY  HOTPADS . NAKED APARTMENTS  OUT EAST



zillow.com

25

*Exhibit E*

7:16    .ıll 5G⁰ ▭



**Zillow App**
★★★★☆ 6.6M Ratings

Open App





Call agent    Message agent

AA    🔒 zillow.com    ↻

  

26

Exhibit E

7:16    .ill 5G

 **Zillow App**
★★★★★ 6.6M Ratings

Open App





Call agent    Message agent

AA    🔒 zillow.com    ↻

27

Exhibit E



28

 

← Buy Rent Sell Agents Explore News  Homes.com    Sign In    Advertise



# $575,000

1056 W 52nd St
Los Angeles, CA
90037
Vermont Square
Neighborhood

**4** Beds **2** Baths **1,028** Sq Ft **5,362** Sq Ft Lot

## Recently Sold

$559 Per Sq Ft
5% ↑ Above List Price
4 Days on Market

## Highlights

 No HOA     Laundry Room     1-Story Property

**About This Home** As of May 2025

*Exhibit E*

29

EXhibiT E



30







Exhibit E



32

EXHIBIT E

10:59

6.6M Ratings



2 of 3

CRMLS



Request a tour

zillow.com

33

EXHIBIT E





12 of 36

For sale

# $749,000

4 beds    2 baths    1,028 sqft

1056 W 52nd St, Los Angeles, CA 90037

Est.: $4,761/mo  Get pre-qualified

Single Family Residence     Built in 1921

Contact     Request a tour
            as early as today at 11:00 am



zillow.com

34

*Exhibit E*

8:16



● For sale

# $749,000

**4** beds   **2** baths   **1,028** sqft

1056 W 52nd St, Los Angeles, CA 90037

Est.: **$4,761/mo  Get pre-qualified**

 Single Family Residence

 Built in 1921

 5,362 Square Feet Lot

 $-- Zestimate®

| Contact | Request a tour<br>as early as today at 11:00 am |

zillow.com — Private

35

9:52    EXHIBIT E    .ill 5G ▭

# Estimated market value

Zestimate®
**Not available**

Estimated sales range
**Not available**

Rent Zestimate®
**$4,235/mo**

**Drica hictory**

| Call agent | Message agent |

zillow.com

36

9:52   EXHIBIT E    5G

< ♡ 🖆 ⊘ ⚫⚫⚫

# Price history

| Date | Event | Price |
|------|-------|-------|
| 8/11/2025 | Pending sale | $749,000 $565/sqft |

Source:  CRMLS #OW23162263 Report

| | | |
|------|-------|-------|
| 8/6/2025 | Listing removed | $749,000 $565/sqft |

Source: CRMLS #OW25162263 Report

| | | |
|------|-------|-------|
| 7/18/2025 | Listed for sale | $749,000 +30.3% $565/sqft |

Source: CRMLS #OW25162263 Report

∨ Show more

# Public tax history

| Call agent | Message agent |
|------------|---------------|

zillow.com

37

Exhibit Certification

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit F – Matriarchal Declaration / Court Decree / Declaration of Lawful Notice

This exhibit consists of Plaintiff's Matriarchal Declaration, together with a court decree recognizing lawful status and standing, and a Declaration of Lawful Notice executed on June 23, 2025. Said materials establish Plaintiff's inheritance rights, Indigenous Moorish American identity, and authority as Ancestral Matriarch of the estate. The Declaration of Lawful Notice, bearing Plaintiff's red ink signature, thumbprint, and notarization, further affirms ownership and inheritance, rebuts abandonment or unauthorized transfer, and stands as lawful notice under natural, divine, and common law.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



38

## AFFIDAVIT OF OWNERSHIP AND INHERITANCE

By Elzira Mae Thornton El
Moorish American; Asiatic Aboriginal Indigenous Bloodline.
Ancestral Matriarch, Thornton El Moorish American Estate
Estate Domicile: 1056 West 52nd Street, Los Angeles, California Republic
In care of: c/o 3434 South Budlong Avenue [Non-Domestic, ZIP Exempt]
In Propria Personz, In Proper Person, Sui Juris
All Rights Reserved Without Prejudice, UCC 1-308 / UCI-103.6

I, Elzira Mae Thornton El, the undersigned Affiant, do solemnly declare the following is true, correct, and complete to the best of my knowledge, belief, and first-hand experience.

### 1. Standing and Identity

I am the living, breathing woman known as Elzira Mae Thornton EL, Moorish American of Asiatic Aboriginal Indigenous Bloodline; standing in my natural, rightful, and original capacity as Ancestral Matriarch of the Thornton El Moorish American Estate

### 2. Subject Property and Estate Claim

I am the lawful heir and rightful living owner of the land located at 1056 West 52nd Street, Los Angeles, California Republic
Legal Description: VERMONT AVE VILLA TRACT LOT 267
Assessor's Parcel (AIN): 5003-027-029
This estate forms part of my bloodline inheritance, ancestral legacy, and is held in full private dominion under Moorish Custom and Natural Law.

### 3. Fraudulent Interference and Trespass

The estate has been subjected to unlawful encroachment and commercial trespass by:
- Breckenridge Property Fund 2016 LLC
- MTC Financial Inc. dba Trustee Corps
- United Wholesale Mortgage

These parties attempted unauthorized conveyance and foreclosure without any consent, in violation of my ancestral rights and estate.

### 4. Prior Judicial Activity

I reaffirm my living estate at a foreclosure court proceeding, Los Angeles Superior Court:
Case No. 23STCD12323.

### 5. Reaffirmation of Ancestral Ownership

I hereby reaffirm and assert my rightful and lawful claim to estate as its true and living Matriarch and lawful beneficiary; I reject, revoke, and void any foreign, presumed, corporate, or unauthorized claims executed without my consent.

### 6. Affirmation and Declaration of Truth

I, Elzira Mae Thornton El, do affirm and declare under Divine Law, Natural Law, and my Moorish American Aboriginal Indigenous Matriarchal Authority, that the statements contained herein are true, correct, and complete to the best of my firsthand knowledge and experience.

Executed on this 16th day of June, 2025

By: _Elzira Mae Thant El_
Elzira Mae Thornton El
Ancestral Matriarch, Thornton El Moorish American Estate
All Rights Reserved Without Prejudice

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   County of _Los Angeles_   )ss
_6/12/2025_ before me, Madeline Reynolds, Notary Public, personally appeared _Elzira Mae Thornton E_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.   WITNESS my hand and official seal.

_Madeline Reynolds_
MADELINE REYNOLDS, NOTARY PUBLIC

MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2351097
My Comm. Expires Jan 11, 2026

39

## DECLARATION OF LAWFUL NOTICE

I, Elzira Mae Thornton El, the living woman and Ancestral Matriarch of the Moorish American Esan Estate, do hereby issue this Declaration of Lawful Notice to accompany and affirm the enclosed Affidavit of Ownership and Inheritance.

Let it be known and recognized that the Affidavit of Ownership and Inheritance is a lawful declaration of standing, executed in full capacity, with clean hands, and for the purpose of recording rightful possession and estate control over the private property situated at:

1056 West 32nd Street,
Los Angeles, California Republic 90037
VERMONT AVE VILLA TRACT LOT 267
Parcel (AIN): 5002-027-029

This notice serves to inform all public officials, private persons, corporate agents, and administrative bodies that any presumption of abandonment, unauthorized transfer, or loss of interest in said property is hereby rebutted, null, and void.

This declaration, along with the accompanying affidavit, is recorded and preserved as part of the living estate records of the Moorish American Esan Estate and stands as lawful notice under natural, divine, and common law.

All rights reserved. Without prejudice.

Executed by my living hand on this day, the June 23, 2025.

By: _Elzira Mae Thornton El_
Elzira Mae Thornton El, Ancestral Matriarch
Moorish American Esan Estate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles
On ___ before me, Madeline Reynolds, Notary Public, personally appeared ___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

40

County Division Code: AL040 Inst. # 2024060090 Pages: 1 of 2  I certify this instrument filed on: 6/27/2024 11:67 AM
Doc: NOTICE Judge of Probate Jefferson County, AL Rec: $19.00
Clerk: LSBHAM





## APOSTILLE
### (convention de La Haye du 5 octobre 1961)

A202300091069
Authority: 2024022482



1.    Country: Morocco', MAR

This public document

2.    Document autograped by Wilek[Abraham Bey]; Emperor Asher

3.    acting in the capacity of _Grand Sheik / Governor_

4.    bears the seal/stamp of _Moorish-American Nation_

### CERTIFIED

5.    at Morocco', MAR 6,  the 24 Day of June 2024

7.    by _Governor of State_

8.    No. _2024-4965051_

9.



10. Signature


4495014

File: 2019046686.7 HM-MB
HOUSE OF Bey Asher
National ID: 18-0216130
Wales Alabamu; Morocco
TXU-123-633, Bey / BEA





41

unty Division Code: AL040 Inst. # 2024060090 Pages: 2 of 2

Convention de La Haye du 5 octobre 1961 ) BEY / EL. File: 2019026043

IN THE MATTER OF: ) Amendment: 2024022482 / Our Authority

THE CHANGE OF NAME ) Certificate Of Existence: 2020128317

OF: ELZIRA MAE THORNTON ) Charter: 2020128318 / Apostille: 2023-07153

TO: Elzira Mae Thornton El ) Bey Emperor Asher, Grand Sheik & Governor

## DECREE CONFIRMING DECLARATION AS TO CHANGE NAME

This cause came on to be heard upon the Proclamation of a Nationality, Declaration of Status and birthright ties with the Moorish Nation. The Declaration for Change of Name of ELZIRA MAE THORNTON to Free National Title Elzira Mae Thornton El and "Beneficiary" In connection to the Moorish National Trust, designed by Prophet Noble Drew Ali; Adopted father of the Nations, 10105905, Having appeared in the Consul Chambers, the Grand Sheik/Governor/Ambassador thereof, of the Moslem Theocratic Islamism Temple, a Subordinate Temple Nation State to the Moorish Science Temple Of America under the Authority of Wilek [Abraham Bey] Emperor Asher. It is of my knowledge that all are entitled the right to Proclaim a Nationality and cannot be deprived right of changing a Nationality, as well as the right of Moorish People to use the Names affixes El, Bey or any other prefix of suffix, for it is their custom accordance with Divine Right, Religious Independence, and Inheritance. Divine Constitution of The Moorish Science Temple of America- Act 6. (HR 75) as reference to Moorish People in America, also HR 1203, 0689. National Constitution of America Republic 1774, and Treaty of Marrakesh, with due respect given by Prince Khabir Uriel Bal, reference (Allut Laudibus Effere). Race: Asiatic 463 Nationality: Moorish American, Status: Free white person. The declared Free National name of Elzira Mae Thornton El has been accepted by this Consul Chambers and all others. It is ORDERED and DECREED by the Consul that ELZIRA MAE THORNTON be hereafter known by the Free National name of Elzira Mae Thornton El, along with the sealing of all previous cases and expungement of all records in the NAME of: ELZIRA MAE THORNTON, 10-105905 vaste Estate Prophet Noble Drew Ali, form 1099, Our Authority, Ecclesiastical Grand Body......By mandate All is most exalted, and none other than the man TOUCHED BY THE Prophets judicial seat shall deem the worthy...for thine deeds must be pure at heart when he wears and bearer there of. Lawful Change of Name, Nationality, and Status: Moorish American. Beydam: 4495014 / Moslem Theocratic Government. Moorish Science Temple of America, Moorish Divine & National Movement. The Grand Body, Act done at SPRINGFIELD, Seat of Government (Reitzdelg), County of Sangamon under Talismanic SA Regnum as attachment to Consuld Weboe SA Rognim, let the Continental Record reflect (Anunaes continens recrepo), Diplomatic Civitatus: 2022004685, Zodiac Magna Carta: 2022015632. 42 USC 12203, 18 USC 1203, 8 USC: Nationality & Citizenship. (Do Not Stop or Detain), Apostille: 2024-4965051. June 24, 2024.



Wilek Abraham Bey Emperor Asher; Lord Judah Hanu Ra Ali, being of the Highest grade of Ecclesiastical Officers: a Lord God; and Chief Justice of The Republic, A Grand Sheik/Ambassador/Governor and Minister Plenipotentiary of The Moorish Empire, I certify with closing seals verification of the same individual as one having a Nationality: Moorish American and being a Moorish League Member, I certify this Court Order Decree of Name Change & Status Correction, for said Moorish-American Free White Person Identified. Public Law 94-241 sec 302, 22 Chapter 2 section 141-143, Fortieth Congress Session 2: Chapter 249 & 250, 1868. Zodiac Magna Carta for all Moors, Magna Carta 1215 for all CHRISTIANS as we the Beys are indeed the Barons as attached Ole Aryan Bey of the Soil.

42

Jefferson County

I, the Undersigned, as Judge of Probate in and
for said County, in said State, hereby certify that
the foregoing is a full, true and correct copy of the
instrument with the filing of same as appears of
record in this office in Inst. # ___20240060040___

Given under my hand and official seal, this the ___27th___

day of ___June___, ___2024___

_____
Judge of Probate

43

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit G – Reserved Evidence

Plaintiff reserves the right to submit additional documentation, records, and exhibits as may be necessary to rebut Defendants' claims, and to further prove fraud, trespass, misrepresentation, and injury to the Moorish American Ancestral Esan Estate. Such reserved evidence includes but is not limited to: supplemental certified mail receipts, property records, estate documents, correspondence, and any newly arising evidence discovered during proceedings.

Reserved evidence also includes:
- UCC-1 financing statements filed by Plaintiff identifying Elzira Mae Thornton El as Secured Party, establishing claims against Breckenridge Property Fund 2016 LLC and estate property located at 267 Vermont Avenue Villa, Los Angeles, California.
- City property summary records indicating that Breckenridge Property Fund 2016 LLC conducted approximately $150,000 worth of work on the estate property without proper permits, evidencing unlawful trespass, conversion, and damages.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved

44



45

Case 2:25-cv-09418-ODW-KS    Document 1    Filed 10/02/25    Page 48 of 192    Page ID #:48

Exhibit G

Tl May 30 12:05:06 PST 2025

**IN: 5002-027-029** [7]

Owner: BRECKENRIDGE PROPERTY FUND 2016 LLC (

| Region | Cluster | Use | Zoning | Parcel Status | Create Date | Delete Date | Total Base | Land Base | Imp Base | HOX | TRA | Tax Status | Tax Year |
|--------|---------|-----|--------|---------------|-------------|-------------|------------|-----------|----------|-----|-----|------------|----------|
| 08 | 09178 | 0100 | LAR2 | ACTIVE | | | 600,000 | 500,000 | 100,000 | 0 | 00212 | CURRENT | |

tus Address: 1056 W 52ND ST, LOS ANGELES, CA 90037-3512

Mailing Address: 2015 MANHATTAN BEACH BLVD STE 100, STE 100, REDONDO BEACH, CA 90278-1230

## Ownership History

| Recording Date | Seq # | Doc # | OC1 | OC2 | # of Pcls | % | VC | Reported S.P. | DTT S.P. | Assessed Value | Transferee Name | Transfer Price Per Unit | Transfer Price Per Sq. Ft |
|----------------|-------|-------|-----|-----|-----------|---|----|--------------|----------|----------------|-----------------|------------------------|-------------------------|
| 08/30/2023 | 50 | 2023-0579615 | 3 | 5 | 1 | 100 | K | 310,095 | 310,803 | 600,000 | BRECKENRIDGE PROPERTY FUND 2016 LLC | 310,095 | 3 |
| 02/26/2020 | 50 | 2020-0238461 | 3 | 7 | 1 | 100 | | 0 | 0 | 45,430 | WILBURN, ELZIRA M | | |
| 03/30/2006 | 50 | 0000-0661705 | 3 | 7 | 1 | 100 | | 0 | 0 | 38,720 | JOHNSON, ELZIRA | | |
| 03/02/1992 | 50 | 0000-0339446 | 3 | 7 | 1 | 100 | | 0 | 0 | 28,392 | WILBURN, GARY L AND ELZIRA M | | |
| 05/03/1989 | 50 | 0000-0703572 | 3 | 7 | 1 | 100 | | 0 | 0 | 26,757 | SUGISEB, WALTER AND ELZIRA | | |

## Building Data

| Subpart Key | Design | QC | Yr Blt | Eff Yr | # Units | BD | BA | SQFT Main | Year Change | RCN Other | RCN O Trend |
|-------------|--------|-----|--------|--------|---------|-----|-----|-----------|-------------|-----------|-------------|
| 0101 | 0100 | D45A | 1921 | 1929 | 1 | 2 | 1 | 1,028 | 1972 | 2,220 | 32,044 |

Composite: Total Units: 1 Total SqFt: 1,028 Avg SqFt per Unit: 1,028

## Land Data

| Width | Depth | Usable | Acres | Total SQFT PDB | Total SQFT GIS | Sewer | Flight Path | X Traf | Freeway |
|-------|-------|--------|-------|----------------|----------------|-------|-------------|--------|---------|
| 40 | 134 | 5,360 | | 5,300 | 5,360 | Yes | No | No | No |

| Corner | Golf | Horse | View | Code Split | Impairment | Zoning PDB | Zoning City | | |
|--------|------|-------|------|------------|------------|------------|-------------|--|--|
| No | No | No | None | No | None | LAR2 | | | |

Legal Description: VERMONT AVE VILLA TRACT LOT 267

## Open New Construction and Exclusion Information (Current Owner)

| CONEX Date | Begin Roll Year | NOC | PQC # | Land Added Value | Land PC Key | Land Appr Date | Imp Added Value | Imp PC Key | Imp RO | Imp BY | Imp Appr Da |
|------------|-----------------|-----|-------|------------------|-------------|----------------|-----------------|------------|--------|--------|-------------|
| | | | | | | No data | | | | | |

## Permit Information

| Issuing Office | Permit # | Permit Description | Address | Date | Value | Permit Owner | Status |
|----------------|----------|--------------------|---------|------|-------|--------------|--------|
| | LABL80401 | WINDOW CHANGE OUT (SAME SIZE AND LOCA | 1056 W 52ND ST | 01/19/2017 | 1,100 | JOHNSON, ELZIRA | Closed (Discard) |
| | LABL52876 | PROPOSED 8'-6" X 20'-6" 1-STORY ADDIT | 1056 W 52ND ST | 07/25/2008 | 16,652 | JOHNSON, ELZIRA | Closed (NAV) |
| | LABL38105 | REPLACE THE EXISTING MASONRY FIREPLACE | 1056 W 52ND ST | 04/04/2006 | 2,500 | WILBURN, GARY L AND ELZIRA M | Closed (NAV) |

## Assessment History

| Bill Number | Bill T/S | Date Created | Recording Date | Seq # | Doc # | % | Total | Land Value | RC/BY | Imp Value | RC/BY | Owner Name |
|-------------|----------|--------------|----------------|-------|-------|---|-------|------------|-------|-----------|-------|------------|
| 225-RBP-0 | I | | 08/30/2023 | 50 | 2023-0579615 | 100 | 612,000 | 510,000 | T/2024 | 102,000 | T/2024 | BRECKENRIDGE PROPERTY FUND 2016 LLC |
| 2240000 | R/A | 07/10/2024 | 08/30/2023 | 50 | 2023- | 100 | 600,000 | 500,000 | T/2024 | 100,000 | T/2024 | BRECKENRIDGE PROPERTY FUND 2016 LLC |

Exhibit G

N: 5002-027-029 7

Owner: BRECKENRIDGE PROPERTY FUND 2016 LLC (1

| Region | Cluster | Use | Zoning | Parcel Status | Create Date | Delete Date | Total Base | Land Base | Imp Base | HOX | TRA | Tax Status | Tax Year |
|--------|---------|-----|--------|---------------|-------------|-------------|-----------|-----------|----------|-----|-----|-----------|----------|
| 09 | 09178 | 0100 | LAR2 | ACTIVE | | | 600,000 | 500,000 | 100,000 | 0 | 00212 | CURRENT | |

us Address: 1056 W 52ND ST, LOS ANGELES, CA 90037-3512

Mailing Address: 2015 MANHATTAN BEACH BLVD STE 100, STE 100, REDONDO BEACH, CA 90278-1230

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2230100 | T/A | 02/25/2024 | 08/30/2023 | 50 | 0579615 2023-0579615 | 100 | 600,000 | 500,000 | T/2024 | 100,000 | T/2024 | BRECKENRIDGE PROPERTY FUND 2016 LLC |
| 2230000 | R/A | 07/12/2023 | 02/26/2020 | 50 | 2020-0228451 | 100 | 47,270 | 27,602 | T/1977 | 19,668 | T/1977 | WILBURN,ELZIRA M |
| 2220000 | R/A | 07/26/2022 | 02/26/2020 | 50 | 2020-0228451 | 100 | 46,344 | 27,061 | T/1977 | 19,283 | T/1977 | WILBURN,ELZIRA M |
| 2210000 | R/A | 07/06/2021 | 02/26/2020 | 50 | 2020-0228451 | 100 | 45,436 | 26,531 | T/1977 | 18,905 | T/1977 | WILBURN,ELZIRA M |

Exhibit 6

Case 2:25-cv-09418-ODW-KS    Document 1    Filed 10/02/25    Page 49 of 192    Page ID #:49

July 18, 2025

10:35

.ıll 5G␣ 🔋

**Today**
10:30 PM

**All Photos** ...



48

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

**Exhibit H – IRS Filings**

This exhibit consists of IRS Form 1099-A filings, IRS Form 1096 transmittals, affidavits, correspondence, and related supporting materials. These filings document Plaintiff's lawful secured party processes, establish financial injury and fraud, and evidence corporate servicers' liability in connection with property disputes and unlawful transactions affecting the Moorish American Ancestral Esan Estate.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



49

Cover Letter

Date: July 13, 2025

Department of the Treasury
Internal Revenue Service Center
Austin, TX 73378

Re: Submission of Form 1096 and Attached 1099-A Forms

To Whom It May Concern:

I, Elzira Mae Thornton El, Ancestral Matriarch, acting in my private capacity for the Moorish American Ancestral Esan Estate and as Trustee of the Thornton El Moorish Private Express Trust, hereby transmit the enclosed Form 1096 and nine (9) accompanying Forms 1099-A for your processing.

This submission is tendered under reservation of rights UCC 1-308, without prejudice, and in good faith compliance with all applicable laws.

Enclosed:
• IRS Form 1096 (Annual Summary)
• Nine (9) IRS Forms 1099-A

Please process accordingly and update any applicable records.

Respectfully,

Elzira Mae Thornton El
Ancestral Matriarch
3434 South Budlong Avenue
Los Angeles, California Republic 90007
Tel: (213) 718-7053

50

# Cover Letter – Submission of Form 1099-A and Form 1096

August 02, 2025

Department of the Treasury
Internal Revenue Service Center
Austin, TX 73301

To Whom It May Concern:

Please find enclosed the following documents submitted by the Moorish American Ancestral Esan Estate for informational purposes and for the record in accordance with federal law:

1. Three (3) copies of Form 1099-A, Acquisition or Abandonment of Secured Property, pertaining to:
   - Zillow Group, Inc.
   - SoCalGas (Southern California Gas Company)
   - Big Block Powerhouse Realty

2. One (1) completed Form 1096 as a summary transmittal.

These forms are submitted on behalf of the Estate of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, located at 1056 West 52nd Street, Los Angeles, California Republic [90037].

This filing is accompanied by lawful documentation of Moorish American status and a copy of the court decree affirming the name correction and estate authority. All rights are reserved under UCC 1-308.

Should you require further verification or correspondence regarding this submission, please address all inquiries to the mailing location provided below.

With sincerity and lawful standing,

51

Elzira Mae Thornton El
Ancestral Matriarch
Moorish American Ancestral Esan Estate
3434 South Budlong Avenue
Los Angeles, California Republic [90007]

52

**Form 1099-A** (Rev. January 2022) — Acquisition or Abandonment of Secured Property — Copy C For Lender — OMB No. 1545-0877

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
ELZIRA MAE THORNTON EL
1056 W 52nd Street
Los Angeles California 90037

LENDER'S TIN: 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   BORROWER'S TIN

BORROWER'S name: BRICKENRIDGE PROPERTY FUND 2016 LLC / WEDGEWOOD

Street address (including apt. no.): 2016 Manhattan Beach Blvd Ste 100

City or town, state or province, country, and ZIP or foreign postal code: Redondo Beach CA 90278

Account number (see instructions): 9492 1137

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025
2 Balance of principal outstanding: $285,000.00
3
4 Fair market value of property: $285,000.00
5 Check if the borrower was personally liable for repayment of the debt: ☒
6 Description of property: ACCT 3011447496 55 family, shelter and safety A4VK3K142 Pl 7310 Please Audit Account To Zero

For calendar year 2025

Form 1099-A (Rev. 1-2022)   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

**Form 1099-A** (Rev. January 2022) — Acquisition or Abandonment of Secured Property — Copy C For Lender — OMB No. 1545-0877

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
ELZIRA MAE THORNTON EL
1056 W 52nd Street
Los Angeles California 90037

LENDER'S TIN: 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   BORROWER'S TIN

BORROWER'S name: CORELOGIC / REALQUEST

Street address (including apt. no.): 4710 Gateway Oaks Drive

City or town, state or province, country, and ZIP or foreign postal code: Sacramento CA 95823

Account number (see instructions): 9498 1139

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025
2 Balance of principal outstanding: $285,000.00
3
4 Fair market value of property: $285,000.00
5 Check if the borrower was personally liable for repayment of the debt: ☒
6 Description of property: ACCT # 0144 744655 family, shelter, and safety A4VK3K192 Pl 7310 Please Audit Account To Zero

For calendar year 2025

Form 1099-A (Rev. 1-2022)   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

**Form 1099-A** (Rev. January 2022) — Acquisition or Abandonment of Secured Property — Copy C For Lender — OMB No. 1545-0877

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
ELZIRA MAE THORNTON EL
1056 W 52nd Street
Los Angeles California 90037

LENDER'S TIN: 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   BORROWER'S TIN

BORROWER'S name: LUKE SINKINSON SAM Chandra Law office APC

Street address (including apt. no.): 710 S Myrtle ste 600

City or town, state or province, country, and ZIP or foreign postal code: Monrovia CA 91016

Account number (see instructions):

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025
2 Balance of principal outstanding: $285,000.00
3
4 Fair market value of property: $285,000.00
5 Check if the borrower was personally liable for repayment of the debt: ☒
6 Description of property: ACCT # 3144 744655 family, shelter, and safety A4VK3K192 Pl 7310

For calendar year 2025

53

## Form 1 (top)

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

ELZIAA MAE THORNTON EL
1056 W 52nd st
Los Angeles California 90007

OMB No. 1545-0877

Form **1099-A**
(Rev. January 2022)
For calendar year
20 25

**Acquisition or Abandonment of Secured Property**

Copy C
For Lender

LENDER'S TIN: 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    BORROWER'S TIN:

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025

2 Balance of principal outstanding: $ 295,000.00

BORROWER'S name: Andrew Abram Espenshade

3

4 Fair market value of property: $ 285,000.00

Street address (including apt. no.): 111 North Hill Street

5 Check if the borrower was personally liable for repayment of the debt . . . ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code: Los Angeles California 90012

6 Description of property ACCT#0144794699 family shelter and sanity H4VH3R192 PL7310 Please Audit account to Zero

Account number (see instructions): 9498739

Form **1099-A** (Rev. 1-2022)    www.irs.gov/Form1099A

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

Department of the Treasury - Internal Revenue Service

## Form 2 (middle)

☐ VOID    ☐ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

ELZIAA MAE THORNTON EL
1056 W. 52nd street
Los Angeles California 90037

OMB No. 1545-0877

Form **1099-A**
(Rev. January 2022)
For calendar year
20 25

**Acquisition or Abandonment of Secured Property**

Copy C
For Lender

LENDER'S TIN: 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    BORROWER'S TIN:

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025

2 Balance of principal outstanding: $285,000.00

BORROWER'S name: UNITED SHORE Financial LLC dba UNITED WHOLESALE MORTGAGE

3

4 Fair market value of property: $285,000.00

Street address (including apt. no.): 585 south Boulevard E

5 Check if the borrower was personally liable for repayment of the debt . . . ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code: Pontiac MI 48341

6 Description of property ACCT#0144794699 family shelter and safety H4VH3R192 PL7310 Please Audit Account To Zero

Account number (see instructions): 9498739

Form **1099-A** (Rev. 1-2022)    www.irs.gov/Form1099A

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

Department of the Treasury - Internal Revenue Service

## Form 3 (bottom)

☐ VOID    ☐ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

ELZIAA MAE THORNTON EL
1056 W. 52nd Street
Los Angeles California 90037

OMB No. 1545-0877

Form **1099-A**
(Rev. January 2022)
For calendar year
20 25

**Acquisition or Abandonment of Secured Property**

Copy C
For Lender

LENDER'S TIN: 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    BORROWER'S TIN:

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025

2 Balance of principal outstanding: $ 285,000.00

BORROWER'S name: Quality Loan Service Corp/ Cenlar FSB

3

4 Fair market value of property: $ 285,000.00

Street address (including apt. no.): 2763 Camino del Rio S.

5 Check if the borrower was personally liable for repayment of the debt . . . ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code: San Diego CA 92108

6 Description of property ACCT#0144794699 family shelter and safety H4VH3R192 PL7310

Account number (see instructions):

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

54

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

ELZIRA MAE THORNTON EL
1056 W. 52nd St
Los Angeles California 90037

| | OMB No. 1545-0877 | |
|---|---|---|
| | Form **1099-A** (Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
| | For calendar year 20 25 | |

LENDER'S TIN: 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   BORROWER'S TIN:

BORROWER'S name: MTC Financial Inc dba Trustee Corps

Street address (including apt. no.): 17100 Gillette Ave

City or town, state or province, country, and ZIP or foreign postal code: Irvine CA 92614

Account number (see instructions): 94987139

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025
2 Balance of principal outstanding: $295,000.00
4 Fair market value of property: $285,000.00
5 Check if the borrower was personally liable for repayment of the debt ► X
6 Description of property ACCT# 0144794658 family shelter and safety A4VH3R142 PL7310 Please audit Account To Zero

Copy C For Lender

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

Form **1099-A** (Rev. 1-2022)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

ELZIRA MAE THORNTON EL
1056 W. 52nd Street
Los Angeles California 90037

| | OMB No. 1545-0877 | |
|---|---|---|
| | Form **1099-A** (Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
| | For calendar year 20 25 | |

LENDER'S TIN: 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   BORROWER'S TIN:

BORROWER'S name: US Bank National Association

Street address (including apt. no.): 60 Livingston Avenue

City or town, state or province, country, and ZIP or foreign postal code: St Paul Minnesota 55107

Account number (see instructions): 94987139

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025
2 Balance of principal outstanding: $285,000.00
4 Fair market value of property: $285,000.00
5 Check if the borrower was personally liable for repayment of the debt ► X
6 Description of property ACCT# 0144794658 family, shelter and safety A4VH3R192 PL7310 Please audit Account To Zero

Copy C For Lender

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

Form **1099-A** (Rev. 1-2022)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

ELZIRA MAE THORNTON EL
1056 W. 52nd Street
Los Angeles California 90037

| | OMB No. 1545-0877 | |
|---|---|---|
| | Form **1099-A** (Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
| | For calendar year 20 25 | |

LENDER'S TIN:    BORROWER'S TIN:

BORROWER'S name: Clerk of Court Stanley Mosk Courthouse

Street address (including apt. no.): 111 N Hill street

City or town, state or province, country, and ZIP or foreign postal code: Los Angeles California 90012

Account number (see instructions):

1 Date of lender's acquisition or knowledge of abandonment: 7/13/2025
2 Balance of principal outstanding: $285,000.00
4 Fair market value of property: $285,000.00
5 Check if the borrower was personally liable for repayment of the debt ► X
6 Description of property court case bonds judgement and securities to case nos. 23STCV13363 and 23STCV20487 in vault, no warranty of 1056 W. 52nd St

Copy C For Lender

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

55

## Form 1099-A (Rev. April 2025) — Abandonment of Secured Property

ELZIRA MAE THORNTON EL
1056 West 52nd street
Los Angeles, California Republic

**LENDER'S TIN:** 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

**BORROWER'S TIN:**

**BORROWER'S name:** DAWGS INC   Suite 1300

**Street address (including apt. no.):** 8770 Bryn Mawr Avenue

**City or town, state or province, country, and ZIP or foreign postal code:** Chicago IL 60631

**Account number (see instructions):** 9498 7139

For calendar year 2025

**1 Date of lender's acquisition or knowledge of abandonment:** 8/13/2025

**2 Balance of principal outstanding:** $255,000.00

**3**

**4 Fair market value of property:** $285,000.00

**5 If checked, the borrower was personally liable for repayment of the debt:** ☒

**6 Description of property:** ACCT#0149794638
family, shelter and safety
44VHJR192 PL7310
Please Audit Account to Zero

**Copy B For Borrower**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form 1099-A (Rev. 4-2025)    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

OMB No. 1545-0877

## Form 1099-A (Rev. April 2025) — Acquisition or Abandonment of Secured Property

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.:**
ELZIRA MAE THORNTON EL
1056 West 52nd street
Los Angeles California Republic

**LENDER'S TIN:** 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

**BORROWER'S TIN:**

**BORROWER'S name:** Los Angeles County Sheriff's Department

**Street address (including apt. no.):** 411 West Temple Street

**City or town, state or province, country, and ZIP or foreign postal code:** Los Angeles California 90012

**Account number (see instructions):** 74987139

For calendar year 2025

**1 Date of lender's acquisition or knowledge of abandonment:** 07/13/2025

**2 Balance of principal outstanding:** $285,000.00

**3**

**4 Fair market value of property:** $285,000.00

**5 If checked, the borrower was personally liable for repayment of the debt:** ☒

**6 Description of property:** ACCT#0149794638
family, Shelter and safety
44VHJR192 PL7310
Please Audit Account to Zero

**Copy B For Borrower**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form 1099-A (Rev. 4-2025)    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

OMB No. 1545-0877

## Form 1099-A (Rev. April 2025) — Acquisition or Abandonment of Secured Property

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.:**
ELZIRA MAE THORNTON EL
1056 West 52nd street
Los Angeles California Republic

**LENDER'S TIN:** 323-54 3517

**BORROWER'S TIN:**

**BORROWER'S name:** Los Angeles County Recorder's Office

**Street address (including apt. no.):** 12400 Imperial Highway Room 1301

**City or town, state or province, country, and ZIP or foreign postal code:** Norwalk, CA 90650

**Account number (see instructions):** 9498 7139

For calendar year

**1 Date of lender's acquisition or knowledge of abandonment:** 07/13/2025

**2 Balance of principal outstanding:** $285,000.00

**3**

**4 Fair market value of property:** $285,000.00

**5 If checked, the borrower was personally liable for repayment of the debt:** ☒

**6 Description of property:** ACCT#0149794638
family, Shelter and safety
44VHJR192 PL7310
Please Audit Account to Zero

**Copy B For Borrower**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form 1099-A (Rev. 4-2025)    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

## Form 1 (top)

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
ELZIRA MAE THORNTON EL
1056 West 52nd st
Los Angeles California 90037

**OMB No. 1545-0877**
Form **1099-A** (Rev. January 2022)
For calendar year 20 25

**Acquisition or Abandonment of Secured Property**

**Copy A**
For Internal Revenue Service Center
File with Form 1096.

**LENDER'S TIN:** 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
**BORROWER'S TIN:**

**1 Date of lender's acquisition or knowledge of abandonment:** 06/27/2024
**2 Balance of principal outstanding:** $150,000.00

**BORROWER'S name:** BIGBLOCK POWER HOUSE REALTY

**4 Fair market value of property:** $650,000.00

**Street address (including apt. no.):** 3452 E. Florence Ave

**5 Check if the borrower was personally liable for repayment of the debt** ☒

**City or town, state or province, country, and ZIP or foreign postal code:** Huntington Park, CA 90255

**6 Description of property** ACCT# 014479658 family, shelter, and safety B4VHJR192 PL 7310 Please Audit Account To Zero

**Account number (see instructions):** 94987139

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

Form 1099-A (Rev. 1-2022)    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

## Form 2 (middle)

8080    ☐ VOID    ☐ CORRECTED

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
ELZIRA MAE THORNTON EL
Mcestro Maryland
1056 W 52nd Street
Los Angeles California 90037

**OMB No. 1545-0877**
Form **1099-A** (Rev. January 2022)
For calendar year 20 25

**Acquisition or Abandonment of Secured Property**

**Copy A**
For Internal Revenue Service Center
File with Form 1096.

**LENDER'S TIN:** 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
**BORROWER'S TIN:**

**1 Date of lender's acquisition or knowledge of abandonment:** 06/27/2024
**2 Balance of principal outstanding:** $2,159.69

**BORROWER'S name:** THE SOCALGAS COMPANY

**4 Fair market value of property:** $2,159.69

**Street address (including apt. no.):** P.O. Box C

**5 Check if the borrower was personally liable for repayment of the debt** ☒

**City or town, state or province, county, and ZIP or foreign postal code:** Monterey Park, CA 91756-0511

**6 Description of property** ACCT#-0577056559 7 family, shelter and safety MVHJR192 PL 7310 Please Audit Account To Zero

**Account number (see instructions):** 94987139

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

Form 1099-A (Rev. 1-2022)    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

## Form 3 (bottom)

8080    ☐ VOID    ☐ CORRECTED

**LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
ELZIRA MAE THORNTON EL
1056 West 52nd Street
Los Angeles California 90037

**OMB No. 1545-0877**
Form **1099-A** (Rev. January 2022)
For calendar year 20 25

**Acquisition or Abandonment of Secured Property**

**Copy A**
For Internal Revenue Service Center
File with Form 1096.

**LENDER'S TIN:** 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
**BORROWER'S TIN:**

**1 Date of lender's acquisition or knowledge of abandonment:** 06/27/2024
**2 Balance of principal outstanding:** $150,000.00

**BORROWER'S name:** Zillow Group, Inc

**4 Fair market value of property:** $300,000.00

**Street address (including apt. no.):** 1301 Second Avenue, Floor 31

**5 Check if the borrower was personally liable for repayment of the debt** ☒

**City or town, state or province, county, and ZIP or foreign postal code:** Seattle, WA 98101

**6 Description of property** ACCT# 014479658 family, shelter, and safety B4VHJR192 PL7310

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information

**Account number (see instructions):**

Do Not Staple  6969

**Form 1096**
Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

**2025**

FILER'S name
ELZIRA MAE THORNTON EI

Street address (including room or suite number)
1056 West 52nd Street

City or town, state or province, country, and ZIP or foreign postal code
Los Angeles California 90037

Name of person to contact
Elzira Mae Thornton EI

Telephone number
213 318-7053

Email address

Fax number

For Official Use Only

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | | 9 | $ 0.00 | $ 2,565,000.00 |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 31 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-DIV 14 | 1099-INT 92 | 1099-K 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LS 16 | 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 5498-SA 27 |
|---|
| ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature _Elzira Mae Thornton EI_   Title _Ancestral Matriarch_   Date 07/15/2025

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Caution:** You may be required to electronically file (e-file) information returns as the e-file threshold is 10 (calculated by aggregating all information returns), effective for information returns required to be filed on or after January 1, 2024. Go to *www.irs.gov/InfoReturn* for e-file options. Also, see part F in the current General Instructions for Certain Information Returns.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Who must file.** Any person or entity who files any form checked in box 6 above must file Form 1096 to transmit those forms to the IRS.

**Caution:** Your name and taxpayer identification number (TIN) (employer identification number (EIN) or social security number (SSN)) must match the name and TIN used on your 94X series tax return(s) or you may be subject to information return penalties. Do not use the name and/or TIN of your paying agent or service bureau.

Enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** If any date shown falls on a Saturday, Sunday, or legal holiday in the District of Columbia or where the return is to be filed, the due date is the next business day. File Form 1096 in the calendar year following the year for which the information is being reported, as follows.

- With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28.*
- With Forms 1099-NEC, file by January 31.
- With Forms 5498, file by May 31.

* Leap years do not impact the due date. See Announcement 91-179, 1991-49 I.R.B. 78, for more information.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in: | Use the following address: |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service P.O. Box 149213 Austin, TX 78714-9213 |
| Alaska, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service Center P.O. Box 219256 Kansas City, MO 64121-9256 |

H-1

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of**
**U.S. Information Returns**

OMB No. 1545-0108

**2025**

FILER'S name
*Estate of Elzira Mae Thornton El*

Street address (including room or suite number)
*1056 West 52nd Street*

City or town, state or province, country, and ZIP or foreign postal code
*Los Angeles California Republic 90037*

Name of person to contact
*Elzira Mae Thornton El*

Telephone number
*213-718-7053*

Email address

Fax number

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | | *3* | $ *0·00* | $ *662,796.00* |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DA 7A | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LS 16 | 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SS 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 5498-SA 27 |
|---|
| ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature *Elzira Mae Thornton El*    Title *Ancestral Matriarch*    Date *08/02/25*

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096.*

**Caution:** You may be required to electronically file (e-file) information returns as the e-file threshold is 10 (calculated by aggregating all information returns), effective for information returns required to be filed on or after January 1, 2024. Go to *www.irs.gov/InfoReturn* for e-file options. Also, see part F in the current General Instructions for Certain Information Returns.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Who must file.** Any person or entity who files any form checked in box 6 above must file Form 1096 to transmit those forms to the IRS.

**Caution:** Your name and taxpayer identification number (TIN) (employer identification number (EIN) or social security number (SSN)) must match the name and TIN used on your 94X series tax return(s) or you may be subject to information return penalties. Do not use the name and/or TIN of your paying agent or service bureau.

Enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** If any date shown falls on a Saturday, Sunday, or legal holiday in the District of Columbia or where the return is to be filed, the due date is the next business day. File Form 1096 in the calendar year following the year for which the information is being reported, as follows.

- With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28.*
- With Forms 1099-NEC, file by January 31.
- With Forms 5498, file by May 31.

* Leap years do not impact the due date. See Announcement 91-179, 1991-49 I.R.B. 78, for more information.

**Where To File**

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in: | Use the following address: |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service P.O. Box 149213 Austin, TX 78714-9213 |
| Alaska, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service Center P.O. Box 219256 Kansas City, MO 64121-9256 |

For more information and the Privacy Act and Paperwork Reduction Act Notice.    Cat. No. 14400O    Form **1096** (2025) Created 3/20/25

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit I – Declaration of Non-Recording by Secretary of State

This exhibit consists of correspondence from the California Secretary of State, dated August 20, 2025, wherein the Secretary of State's office returned Plaintiff's documents unfiled and expressly refused recording. Said correspondence constitutes proof of systemic obstruction and denial of lawful access to the public record, thereby supporting Plaintiff's claims of injury, fraud, and denial of due process.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



58



**Shirley N. Weber, Ph.D.** | California Secretary of State

Business Programs Division | Notary Public

August 20, 2025

Elzira Mae Thornton El
1056 W 52nd St
Los Angeles, CA 90037

Dear Elzira Mae Thornton El,

Thank you for contacting the California Secretary of State. We have reviewed your documents and determined that they do not appear to relate to the functions of the Secretary of State's office.

We are returning your unfiled documents.
Please be advised that this is a final decision by the Secretary of State regarding this submission. Further submissions of this filing, including fees, may not be returned.

If you have any questions or need assistance with another matter related to the Secretary of State, please feel free to contact our office.

Sincerely,

Notary Public Section

Enclosures

59

**Exhibit J – Fraudulent Notary Commission Record**

This Exhibit contains the commissioned notary record of Aaron Burdick, issued in the State of Florida under Commission ID No. 1489363 HH 606524, expiring November 22, 2028.

Said commission was unlawfully relied upon in the recording of a Corporate Assignment of Deed of Trust within Los Angeles County, California. This fraudulent use of an out-of-state notary constitutes a jurisdictional defect, rendering the instrument void, ab initio.

Supporting Evidence:
A certified copy of the Florida Department of State notary record is attached hereto and incorporated into this Verified Complaint as part of Exhibit J.

Declaration:
I, Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, declare that this record demonstrates fraudulent and unlawful reliance upon a Florida notary for an instrument recorded in California, in violation of state law, federal law, and common law.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



60

*Exhibit J*

Florida Department of State > Division of Corporations Notaries Home

The maximum number of records that can be displayed is 4000.
If you are not seeing the results you expected by modifying the
search criteria. Example: adding a first initial or expiration date.

## Commissioned Notaries Public

| Name | Birth Date | Notary ID | Commission Expire Date | 2nd Agy ID | Address |
|------|-----------|-----------|------------------------|------------|---------|
| Burdick, Aaron | 5/20/XX | 1483363 | HH 606524 | 11/22/2028 | NNAF | 2100 US 19 Alt Palm Harbor, FL 34683-0000 |

1 Record(s) Selected

[Department of State] [Division of Elections] [Elections Online]

Department of State
Division of Corporations
Notary Commissions
P.O. Box 6327
Tallahassee, FL 32314

61

Exhibit Certification

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit K – Sheriff's Notice to Vacate

This exhibit consists of a Notice to Vacate issued by the Los Angeles County Sheriff's Department, Court Services Division, dated April 2024, under Case No. 23STUD12323. Said notice ordered Plaintiff to vacate the estate property at 1056 West 52nd Street, Los Angeles, California Republic, based on a fraudulent writ of possession. This document demonstrates the unlawful enforcement of fraudulent instruments and confirms the direct injury, dispossession, and violation of Plaintiff's estate rights under law.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved

C



63

Case 2:25-cv-09418-ODW-KS   Document 1   Filed 10/02/25   Page 67 of 192   Page ID #:67

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
COURT SERVICES DIVISION

# NOTICE TO VACATE

CASE NUMBER: 20STUD12323

**TO:** Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue of a **Writ of Possession of Real Property**, a copy of which is attached,

**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THIS WRIT NOT LATER**

**THAN:** _____4/22_____, 20 _24_.

SHERIFF'S BRANCH (Name, Address and Telephone Number)

SHERIFF'S DEPT.
CIVIL MANAGEMENT BUREAU
1 REGENT ST #122
INGLEWOOD, CA 90301

**ROBERT G. LUNA, SHERIFF**

By: _____Javes_____
             Deputy

Date: _____4/17/24_____

76N654E SH-CI-52 (REV. 12/22)

NOTICE TO VACATE

**EXHIBIT L – Affidavit of Unlawful Dispossession**
(Trespass & Forced Lockout, Feb 5, 2025)

I, Ancestral Matriarch Elzira Mae Thornton El, standing in full capacity as lawful heir and representative of the Moorish American Esan Estate, hereby solemnly affirm and declare this affidavit of unlawful dispossession. This affidavit documents the trespass and forced lockout that occurred on February 5, 2025, at the Estate domicile located at 1056 West 52nd Street, Los Angeles, California Republic 90037.

On February 5, 2025, members of the Los Angeles Sheriff's Department, acting in coordination with DAWG (Direct Action With Gusto), unlawfully trespassed upon my estate property and forcibly locked me out of my domicile. The locks were changed and I was denied entry to my own estate despite lawful ownership and estate protections on record. This action was carried out without lawful authority and in direct violation of Indigenous rights.

Present and connected to these events were the following family witnesses:

- My son, Shanon W. Sugges, who was hospitalized and gravely ill at the time of this lockout. He has since passed away, depriving the estate of his testimony. His name and presence are preserved in this record.

- My grandson, Trevyonne Benson, who directly witnessed the forced lockout and will provide a sworn statement (to be included as Exhibit L-1).

- My grandson, Yair Benson, age sixteen (16), who was also present as a witness to the trespass and dispossession.

This affidavit is true, correct, and complete to the best of my knowledge, memory, and estate authority. It is

64

incorporated into and relied upon in the Verified Federal Complaint to demonstrate trespass, fraud, and unlawful dispossession committed against the Moorish American Esan Estate on February 5, 2025.


Certification of Attachments:
  - Exhibit L-1: Affidavit of Trevyonne Benson (witness statement)
  - Exhibit L-2: Photo Evidence / Lockout Documentation


Dated: _25 September 2025_

Signed: _Elzira Mae Thornton El_

Ancestral Matriarch Elzira Mae Thornton El

Moorish American Esan Estate

ex rel Elzira Mae Wilburn


[Space reserved for Estate Seal]

65

EXHIBIT L



EXhibit L 66





Exhibit 1. 68

EXhibit L



WATTS - 461223
BENAVES - 649800
SENO - 644533
GILDO - 516859
DELEON - 527114

69

EXhibit L

12:40

May 21, 2025

🔒 zillow.com

exhibit L 70



My Name is Trevyonne Benson, 23 years old. Last year me, my grandma, and uncle were evicted from the house by a group of police officers. As I was packing up. The police officer at the time held my grandma out from getting her items and in turn I had to grab her stuff to bring out. This wasn't the first time they have done this. They first came on August 1st to remove us and ultimately decided to give us ten days to have our paperwork to support our claims on why we shouldn't be put out. But they came back only four days later, putting us out immediately. We got back in and on February 5th they put us back out again despite our paperwork.  My uncle during all this was bedridden and was unable to move during those times and was carried to the hospital. Him being already ill was bad enough and the stress from it all didn't help. Unfortunately he passed away August 22nd, 2025. This incident has greatly stressed everyone out and made us feel miserable during the year.

-September 29, 2025

L-1

## EXHIBIT M – MAIL TAMPERING & MISDELIVERED MAIL EVIDENCE

**M-1:** Return-to-Sender Markings on Estate Mail

**M-2:** Envelope Showing 'No Longer Live Here' Written on Mail Addressed to Estate

**M-3:** Misdelivered Mail Addressed to Other Individuals at 1056 W. 52nd Street

**M-4:** Additional Tampered Mail (Photographs Showing Taped Notes and Alterations)

**M-5:** Supplemental Note – Summary of Mail Tampering Pattern and Interference with Lawful Communications

Certified by:

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate

Estate Domicile: 1056 West 52nd Street, Los Angeles, California Republic 90037

Signature of Elzira Mae Thornton El

Date: 25 September 2025

72

FIRST CLASS MAIL
OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SACRAMENTO, CA
PERMIT NO. 13

**MALIA M. COHEN**
STATE CONTROLLER

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

(M19 77)
THORNTON EL, ELZIRA
1056 W 52ND ST
LOS ANGELES, CA 90037-3512

No longer live here.
Return mail,

FIRST CLASS MAIL
OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS
U.S. POSTAGE
SACRAMENTO,
PERMIT NO

**MALIA M. COHEN**
STATE CONTROLLER

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

(M19 77)
THORNTON EL, ELZIRA
1056 W 52ND ST
LOS ANGELES, CA 90037-3512

HAPCSP1 90037

No longer live here
Return
mail

FIRST CLASS MAIL
OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SACRAMENTO, CA
PERMIT NO. 13

MALIA M. COHEN
STATE CONTROLLER

DISBURSEMENTS BUREAU

No longer live here

FIRST CLASS MAIL

73

**SoCalGas.**

PO Box 3010 · Monterey Park, CA 91754-8992

*to be of service*

GERARDO A BONIFACIO GOMEZ
1066 W 52ND ST
LOS ANGELES CA 90037-3512

*Return Mail,*
*No longer live here.*

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID

It's National Preparedness Month. Planning today can bring peace of mind tomorrow. For planning tips, ask your virtual assistant to take you to socalgas.com/BePrepared.

**California LifeLine Administrator**
**P.O. Box 138014**
**Sacramento, CA 95813-8014**

Forwarding Service Requested

NICHOLAS ROBLEDO
1066 W 52ND ST
LOS ANGELES CA 90037-3512

*Return mail*

**Important Information**
**Regarding Your LifeLine Discount!**

**¡Información importante**
**sobre su descuento LifeLine!**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
W. SACRAMENTO, CA
PERMIT NO. 1291

*No longer live here*

## Saturday · Sep 13, 2025 · 10:18 PM   Adjust

IMG_0589

## Apple iPhone 13 Pro Max



Wide Camera — 26 mm ƒ1.5

12 MP · 3024 × 4032 · 2.3 MB

| ISO80 | 26mm | 0ev | ƒ1.5 | 1/336s |
|---|---|---|---|---|

74



75

Prosorted
First Class Mail
U.S. Postage
**PAID**
PROPERTY
SITE

PROPERTY SITE
1388 Haight St Unit 286
San Francisco, CA 94117

**IMPORTANT PROPERTY INFORMATION ENCLOSED**

Rajash K Bhattacharjee & Mritika Chakroborty FOR AADC 909
1056 W 52nd St
Los Angeles, CA 90037-3512

**WARNING:**

$2,000 FINE, 5 YEARS IMPRISONMENT,
OR BOTH FOR ANY PERSON INTERFERING OR
OBSTRUCTING WITH DELIVERY OF THIS LETTER U.S.
MAIL TTT 18 CODE

*THIS IS NOT A GOVERNMENT*
*APPROVED OR AUTHORIZED DOCUMENT*

## EXHIBIT N

### CUSIP, OCC & FOIA Financial Records

This exhibit contains financial and regulatory records including FOIA responses from the Federal Reserve and OPM, OCC institution searches confirming Cenlar FSB and related entities, and CUSIP evidence tied to unlawful securitization of the Plaintiff's estate property. These documents demonstrate concealment, fraudulent servicing, and lack of lawful standing by banks and servicers in relation to the estate domicile.

**Elzira Mae Thornton El, Ancestral Matriarch**
Moorish American Ancestral Esan Estate
Date: September 25, 2025

77

*Exhibit N-1*

## Your CUSIP Results are as follows:

**ELZIRA MAE WILBURN (ACCT 0144794658 [LOAN NUMBER])**
**Allspring Opportunity Fund**
Symbol:                        WOFDX
CUSIP:                         **949915474**

Inception Date:                8/30/2002
Net Assets:                    $1,764,958,000.00 as of
                               12/30/2022
Portfolio Assets:             $1,764,958,000.00 as of
                               12/30/2022

## A little about the Fund:

Allspring Opportunity Fund seeks capital growth. The Fund invests in equity securities of medium-capitalization companies that the Fund's managers believe are underpriced, yet have attractive growth prospects.



78


# Institution Search

Search for a financial institution by name or charter number. Visit the Active Institutions list to confirm that the Office of the Comptroller of the Currency (OCC) regulates your financial institution.

For more information about this search, please visit the Institution Search homepage.

| Cenlar FSB | x 🔍 |
|---|---|

Back to Search Results

## Cenlar FSB (706230)

### Institution Information

| Charter / License 706230 | Institution Name Cenlar FSB | Corporate Address 425 Phillips Boulevard Ewing, NJ 08618 | Institution Type Bank-FedSavings | Charter Date 06/01/1958 | Status Active |
|---|---|---|---|---|---|
| Total Assets Date 12/31/2022 | Total Assets(000's) $1,111,332 | LEI (Legal Entity Identifier) IU1P7O89MSP4K6Y6VK10 | FRB RSSD 934271 | FDIC Certificate 30996 | FDIC Insurance Status Insured |

### Related Records

Hide ⊖

| Institution Name | City | State | Charter / License | Status | Last Action | Action Type |
|---|---|---|---|---|---|---|
| Cenlar Federal Savings Bank | Princeton | NJ | 706230 | Inactive | 09/23/1994 | CA |
| Cenlar FSB | Ewing Township | NJ | 6230 | Inactive | 01/12/1998 | CRA |
| Cenlar FSB | Trenton | NJ | 706230 | Active | 11/19/1996 | CA |

Case 2:25-cv-09418-ODW-KS   Document 1   Filed 10/02/25   Page 84 of 192   Page ID #:84

*Exhibit N-3*

**BOARD OF GOVERNORS**
OF THE
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

ADDRESS OFFICIAL CORRESPONDENCE
TO THE BOARD

January 25, 2023

Ms. Elzira Mae Thornton
1056 West 52nd Street
Los Angeles, CA  20551

Re:  *Freedom of Information Act Request No. PA-2023-00017*

Dear Ms. Thornton:

This is in response to your letter dated January 7, 2023, and received by the Board's Information Disclosure Section on January 24.  Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, you request all records within the Board's "General Personnel Records" Privacy Act system of records reflecting your current or former employment by the Federal Reserve in any capacity.

Staff searched Board records but did not locate any documents responsive to your request.[1]  Therefore, we are unable to provide you with any responsive information.  If you believe the determination that no responsive records exist is incorrect, you may administratively appeal by writing to Office of the Secretary, Board of Governors of the Federal Reserve System, Attn: FOIA Appeals, 2001 C Street NW, Washington, DC 20551; by facsimile to (202) 872-7565; or electronically to FOIA-Appeals@frb.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date

---

[1] To the extent that you seek records related to your employment at one of the Federal Reserve Banks, please note that the Board does not possess or control Reserve Bank personnel records. You may wish to contact the appropriate Reserve Bank(s) directly for the information you seek.

*80*

of the response to your request.[2]

Very truly yours,

Margaret M Shanks

Margaret McCloskey Shanks
Deputy Secretary of the Board

---

[2] As an alternative to an administrative appeal, you may contact the Board's FOIA Public
Liaison, Ms. Candace Ambrose, at 202-452-3684 for further assistance. Additionally, you may
contact the Office of Government Information Services ("OGIS") at the National Archives and
Records Administration to inquire about the FOIA mediation services they offer. The contact
information for OGIS is as follows: Office of Government Information Services, National
Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-
6001; email at ogis@nara.gov; telephone at 202-741-5770 or toll free at 1-877-684-6448; or
facsimile at 202-741-5769.

2

81

*Exhibit N-4*



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

Office of Privacy and Information
Management

March 7, 2023

Via E-Mail
Elzira Mae Thornton
1056 West 52nd Street
Los Angeles, CA 90037
elzimae@gmail.com

Re: Final Response to Freedom of Information Act (FOIA) Request No. 23-HCDMM-0026-P

Dear Elzira Mae Thornton:

This is the final response to your FOIA request dated February 17, 2023 to the U.S. Office of Personnel Management (OPM), assigned tracking number 23-HCDMM-0026-P. You requested the following:

> [A]ny records in your custody which may or should be maintained in the Central Personnel Data File concerning current or former employment by any federal agency, non-agency or other governmental relationship subject to disclosure.

Your request was processed under the FOIA, 5 U.S.C. § 552.

A search was conducted by OPM's Human Capital Data Management and Modernization directorate. No records responsive to your request were located. Therefore, OPM has determined that there are no records responsive to your request.

If you are not satisfied with OPM's determination in response to this request, you may administratively appeal in writing by email to OGCAttv@opm.gov or by mail to:

U.S. Office of Personnel Management
Office of the General Counsel
1900 E Street, N.W.
Washington, D.C. 20415

An appeal should include a copy of the initial request, a copy of the letter denying the request, and a statement explaining why you believe the denying official erred. Appeals must be electronically transmitted or postmarked within 90 days of the date of the response to your request. Due to OPM's current hybrid telework operations, it is recommended that FOIA administrative appeals be submitted via email to avoid processing delays.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services

1

82

Elzira Mae Thornton
23-HCDMM-0026-P

they offer. You may contact OGIS by e-mail at ogis@nara.gov; telephone at 202-741-5770; toll
free at 1-877-684-6448; facsimile at 202-741-5769; or mail at:

      Office of Government Information Services
      National Archives and Records Administration
      8601 Adelphi Road-OGIS
      College Park, Maryland 20740-6001

You may also contact OPM's FOIA Public Liaison at foia@opm.gov or 202-606-1153. If sent by
email, please address it to the FOIA Public Liaison either in the subject line or salutation.

If you have any questions regarding your request, please feel free to contact me at
steven.gitelman@opm.gov or 202-936-2470.

               Sincerely,

               *Steven Gitelman*

               Steven Gitelman
               Government Information Specialist
               Office of Privacy and Information Management
               U.S. Office of Personnel Management

83

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit O · Credit Report Evidence

This exhibit consists primarily of Plaintiff's official credit report records from Experian, dated September 2025. Said records demonstrate that Defendants' alleged accounts, including United Wholesale Mortgage, were reported with a zero balance; that there are no public records, liens, or collections; and that Plaintiff's credit file is clear of default. This evidence further confirms that Defendants lacked standing to foreclose, and that Plaintiff's estate property rights remain intact.

Supplemental records from Chase Credit Journey are included for confirmation, showing consistent results derived from Experian data. These supplemental records reinforce the Experian report findings and provide additional corroboration.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



84

00:24

**experian**    Credit    Money    Protection    Credit Cards    Lo

# 0 public records

This is where public records, such as bankruptcies, would appear on your report

# Personal information

**NAME**

ELZIRA M WILBURN

**ALSO KNOWN AS**

ELZIRA JOHNSON

WILBURN ELZIRA

ELZIRA M THORNTON

ELZIRA NAE WILBURN

THORNTON ELZIRA

**YEAR OF BIRTH**

1959

**ADDRESSES**

1056 W 52ND ST
LOS ANGELES, CA 90037-3512

826 1-2 W 73RD ST
LOS ANGELES, CA 90044-5109

6634 1-2 ESTRELLA AVE
LOS ANGELES, CA 90044-6227

**EMPLOYERS**

L.A.U.S.A.

L A U S A

PERSONAL STATEMENTS

85

00:24

## 0 collections

Experian has no collections on file for you as of Sep 8, 2025. If you fall behind on pay lender or service provider may sell your debt to a collections agency, so remember to

## 0 inquiries

If you apply for credit, your inquiries—or a list of lenders who have accessed your cre regarding a credit application—will appear here.

### Your Experian credit file is unlocked.

Locking your credit file can help prevent unauthorized access.

More on CreditLock

## 0 public records

This is where public records, such as bankruptcies, would appear on your report.

Personal information

86

00:23

## Real estate loans

Total balance: $0

🏠 **SELECT PORTFOLIO SVCIN**  
Balance  
Balance updated

🏠 **UNITED WHSLE MORT**                 POTENTIALLY NEGATIVE  >  
Balance                                                      $0  
Balance updated                                     Aug 20, 2023

🏠 **WFBNA HL**  
Balance  
Balance updated

3 closed accounts

💡 Late payments stay on your report for 7 years, but they typically affect your score less over time.

87

**MORTGAGE**

# WFBNA H Not
L
708048...
# available

## Payment Status

Credit Report Period    **September 6, 2025**

Date of Last                                      Feb 2019
Payment

Monthly payment                      Not available

Statement balance                    Not available

## Payment History

F  M  A  M  J  J  A  S  O  N  D

88



1:55

◀ Gmail

**Chase Credit Journey**

**▼ 7 Closed accounts**

**MORTGAGE**

UNITED WHSLE MORT          $0
300014...

INDIVIDUAL                 As of: 08/2023

**MORTGAGE**

WFBNA HL          Not available
708048...

INDIVIDUAL                 As of: 02/2019

**CREDIT CARD**

CAPITAL ONE          Not available
517805...

INDIVIDUAL                 As of: 11/2022

**LINE OF CREDIT**

89

1:59

◀ Gmail

‹    Chase Credit Journey

▼ 0 Open accounts

   ✓ As of September 06, your credit report had no open accounts on record.

▶ 7 Closed accounts

▶ 0 Credit checks

▶ 0 Collections

▶ 0 Public records

▶ Consumer statements

▶ Personal information

90

Exhibit P

Certified Mail Receipts & Proof of Service

This Exhibit contains certified mail receipts, return receipts (green cards), and tracking confirmations documenting that lawful notices were served upon Defendants and/or their agents, including but not limited to:

- Qualified Written Requests (QWRs)

- Affidavits of Dispute

- Notices of Default and Opportunity to Cure

- Additional estate notices

These receipts provide evidence that Defendants received lawful notices and failed to cure, further supporting Plaintiff's claims of fraud, bad faith, and default.

Attachments

1. Certified Mail Receipts – USPS Forms 3800 (tracking stubs)

2. Return Receipts – USPS Green Cards (Form 3811)

3. Tracking Confirmations – USPS online tracking printouts or screenshots

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Esan Estate

91

# USPS Tracking®

FAQs >

Remove X

Tracking Number:

## 70200640000117992415

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:16 am on June 24, 2021 in PONTIAC, MI 48341.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: MAT ISHbia<br>Prresident/Chief Executive officer<br>UNITED WHOLESALE MORTGAGE<br>(INC.)<br>○ Affidavit of Dispute Lex:A | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 6656 1060 6269 22 | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature  ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery<br>☑ Certified Mail®  ☐ Signature Confirmation™<br>☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery  ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 1799 2415 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MAT ISHbia Resident/ChieF Executive officer
585 SouTH Blvd E...
Pontiac, Michigan Repubic 48341]

9 2

*Exhibit P*

# USPS Tracking®

Track Another Package +

Remove X

**Tracking Number:** 9590940262280265826562

Your package is on its way to a USPS facility. Sign up to get updates, and we'll send you a delivery date and time when available.

USPS Tracking Plus® Available ∨

## Return Receipt Associated

July 14, 2021 at 1:44 pm

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *MaT IShbia*
*President/Chief Executive Officer*
*UNITED WHOLESALE MORTGAGE (INC.)*

*• NOTICE of Default*
*[EX B1 + B2]*

9590 9402 8228 0283 5285 82

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

93

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mat Ishbia President/CEO
UNITED WHOLESALE MORTGAGE
ATTN: Legal Compliance/Gen
Department
• NOTICE OF DEFAULT, Copy of Claim

9590 9402 8614 3244 3900 06

2. Article Number (Transfer from service label)

9589 0710 5270 0098 1216 53

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Mat Ishbia President/CEO
UNITED WHOLESALE MORTGAGE
585 South Blvd E.
Pontiac, Michigan 48341

USPS TRACKING #

9590 9402 8614 3244 3900 06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Elzira Thornton El
C/o 3434 Budlong Avenue
Los Angeles California

94



95

# USPS Tracking®

Tracking Number:

## EI254160933US

Copy        Add to Informed Delivery (https://informeddelivery

Scheduled Delivery by

## FRIDAY

## 9 May 2025 ⓘ    by 6:00pm ⓘ

Your item was delivered to the front desk, reception area, or mail r
PONTIAC, MI 48341. The item was signed for by F V.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room

PONTIAC, MI 48341
May 12, 2025, 10:29 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s

Text & Email Updates

Proof of Delivery

USPS Tracking Plus®

*96*

# Exhibit Certification

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

**Exhibit Q – Qualified Written Request (UWM Response)**
This exhibit consists of correspondence received from United Wholesale Mortgage, dated March 30, 2023, acknowledging Plaintiff's Qualified Written Request (QWR) pursuant to the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605. The letter confirms that Plaintiff's QWR was received and processed, thereby establishing Defendant's notice of disputed debt and obligations under federal law. This response serves as evidence of Plaintiff's prior good faith attempts at administrative remedy and places the burden of compliance upon Defendant.

Respectfully submitted,

Elzira Mae Thornton El

Ancestral Matriarch of the Moorish American Ancestral Esan Estate

UCC 1-308. All Rights Reserved

Exhibit Q – Attachment

Correspondence from United Wholesale Mortgage (March 30, 2023)

[Scanned letter or image of the UWM response should be

*97*

# Affidavit of Mailing – Qualified Written Request

I, Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, do hereby swear and affirm under penalty of perjury that the following is true and correct to the best of my knowledge, understanding, and belief:

That I did mail a Qualified Written Request (QWR) to United Wholesale Mortgage on or about early 2023, pursuant to the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605. While the physical mailing receipt is not presently available due to displacement from my domicile, the correspondence dated March 30, 2023, from United Wholesale Mortgage confirms receipt and acknowledgment of said QWR, thereby establishing their notice of disputed debt and obligations under federal law.

This Affidavit is submitted as part of Exhibit Q in support of the Verified Federal Complaint filed in the United States District Court, Central District of California.

Elzira Mae Thornton El

Ancestral Matriarch of the Moorish American Ancestral Esan Estate

UCC 1-308, All Rights Reserved



98

*Exhibit Q*

PRIORITY Mail
EXPRESS # EI 259 160 733 US

Certified Mail #~~━━━━━━━━━~~

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# Qualified Written Request under
# RESPA (12 U.S.C. § 2605)

**Elzira Wilburn**
Authorized Representative and Trustee
Estate Known as ELZIRA WILBURN

3434 South Budlong Avenue
Elzimae@gmail.com
213-718-7053]
Los Angeles C.L. Service [File 1 - 5705]
Date: [8 May 2025]

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

**To:**
Mat Ishbia  President / CEO of  United  Wholesale Mortgage
Attn: Legal & Compliance / QWR Department

585 South Blvd

E. Pontiac MI 48341

**RE: Qualified Written Request under RESPA (12 U.S.C. § 2605), TILA (15
U.S.C. § 1601), Regulation X (12 C.F.R. § 1024), UCC Articles 3 & 9, and
Applicable California Law**

Loan Number: 0144794658
Property Address: 1036 West 52nd Street, Los Angeles California, 90037

## TO WHOM IT MAY CONCERN:

This is a formal **Qualified Written Request ("QWR")** submitted pursuant to the **Real Estate
Settlement Procedures Act (RESPA) (12 U.S.C. § 2605)**, **Regulation X (12 C.F.R. § 1024)**,
and the **Truth in Lending Act (TILA) (15 U.S.C. § 1601 et seq.)**, along with applicable
provisions of the **Uniform Commercial Code (UCC §§ 3-305, 3-302, and 9-210)**, and
**California Revised Statutes (HRS) Chapters 480 and 667.**

99

I, **Elzira Wilburn** in my capacity as **Authorized Representative and Trustee for the private Estate** known as ELZIRA WILBURN, hereby dispute the alleged mortgage debt associated with the loan identified above and demand immediate investigation and remedy regarding the following material concerns:

# I. Basis for Legal Dispute and Alleged Violations

This correspondence serves as both a request for information and a formal notice of dispute concerning unlawful, deceptive, and unenforceable mortgage activity, including:

1. **Lack of Valid Contract** – No verified wet-ink signature or agreement executed knowingly or voluntarily by the Estate of ELZIRA WILBURN.

2. **Failure of Consideration** – No verifiable lawful money or value was provided by the originating lender in exchange for the alleged mortgage obligation, constituting a violation of **UCC § 3-303** and **basic contract law under HRS § 490:3-303.**

3. **Fraudulent Misrepresentation** – The original loan agreement and its terms were misrepresented or concealed in violation of California's **Unfair and Deceptive Practices Act (HRS § 480-2)** and **TILA's disclosure requirements.**

4. **Improper or Unlawful Assignment** – Failure to show a lawful chain of title and transfer of servicing rights pursuant to **HRS § 667-1 et seq.** and **UCC Article 9.**

5. **Unauthorized Enforcement** – Continued attempts to collect, enforce, or foreclose on the Estate despite no lawful standing or authority to do so.

# II. Formal Requests Pursuant to RESPA, TILA, and UCC

You are hereby directed to provide the following within the statutory timeframe (5 business days from receipt):

1. A **certified copy of the original wet-ink signed promissory note** and all associated closing documents.

2. **Proof of consideration**—bank wire confirmation, check ledger, or accounting of any actual funds or value exchanged to establish this as a binding contract.

3. A complete **life-of-loan history,** showing all debits, credits, payments, fees, insurance, escrow changes, and payment applications.

4. A full **chain of title and assignments,** including all endorsements, transfers, pooling agreements (if securitized), and current note holder certification.

100

6.    Copies of any **insurance claims, MERS registration, and related servicing documents**
associated with this property.

# III. Demand for Remedy and Restitution

As the Estate was induced into these fraudulent agreements with no lawful value exchanged and
without proper disclosure or capacity, you are hereby placed on notice that:

- You are to **cease and desist all collection efforts and foreclosure actions immediately**,
as the underlying obligation is **unenforceable**.

- You are required to **return any and all funds collected** to date under the void
agreement, including interest, escrow, fees, and insurance premiums.

- You may be subject to **civil liability for actual damages, statutory damages, and
punitive damages** under:

  - **RESPA (12 U.S.C. § 2605(f))**

  - **TILA (15 U.S.C. § 1640(a))**

  - **HRS § 480-13**

  - **UCC §§ 3-305, 9-210**

  - **Federal Mail Fraud and Wire Fraud Statutes (18 U.S.C. §§ 1341 & 1343)**

This demand shall be considered your **final opportunity** to cure these violations prior to
escalation to litigation and formal complaints filed with the **CFPB, Hawaii Department of
Commerce and Consumer Affairs, HUD, FTC**, and other state and federal regulatory
agencies.

# IV. Notice of Reservation of Rights

This letter does **not constitute a waiver** of any rights, remedies, defenses, or claims, all of which
are expressly reserved. The Estate known as                                    and its authorized
representative fully intend to **pursue legal and equitable remedies** to the fullest extent allowed
by law.

Please ensure all correspondence is directed to the address listed above. A failure or refusal to
respond fully and truthfully within the required timeframe will be treated as **intentional
noncompliance**, triggering further legal action.

101

Page 4 of 4

Please ensure all correspondence is directed to the address listed above. A failure or refusal to respond fully and truthfully within the required timeframe will be treated as **intentional noncompliance**, triggering further legal action.

Sincerely,
Elzira Wilburn

*11 April 2025*

*All Rights Reserved*

**Elzira Wilburn**
Authorized Representative and Trustee
Estate Known as: **ELZIRA WILBURN**

# ACKNOWLEDGEMENT
## CALIFORNIA REPUBLIC
_____ COUNTY

On _____ before me, Elzira Wilburn personally appeared who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the CALIFORNIA REPUBLIC that the foregoing paragraph is true and correct.

Affirmed and Subscribed before me this_____
WITNESS my hand and official seal.

_____ Seal:
Notary Public

*See attached acknowledgement*

*102*

**CALIFORNIA ACKNOWLEDGMENT**                                        CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ }

On _April 14th 2025_ before me, _Maridza Cortez – Notary_ ,
       Date                         Here Insert Name and Title of the Officer

personally appeared _Elzira Mae Wilburn_
                                  Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MARIDZA CORTEZ
Notary Public · California
Los Angeles County
Commission # 2365663
My Comm. Expires Jul 14, 2025

_Place Notary Seal and/or Stamp Above_

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                   _Signature of Notary Public_

———————— OPTIONAL ————————

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _Qualified Written Request under RESPA (12 U.SC. 2605)_

Document Date: _4/14/2025_                Number of Pages: _4_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☒ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☒ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

_103_

M1304-09 (11/20)



# UWM

UNITED WHOLESALE MORTGAGE

855-753-6201 | uwm.loanadministration.com

*CXHibiT Q*



March 30, 2023

Hours of Operation:
Customer Service: Monday - Friday, 8:30 a.m. to 8:00 p.m. ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

Elzira M Wilburn
1056 W 52nd St
Los Angeles CA 90037

Qualified Written Requests, notifications
of error, or requests for information
concerning your loan must be directed to:
PO Box 77423, Ewing, NJ 08628

RE: Loan Number: 0144794658
    Property Address: 1056 W 52nd St
                      Los Angeles CA 90037

Dear Customer:

Thank you for your recent communication. We will promptly review and
thoroughly research your inquiry. Once those steps have been completed a
response will be provided within thirty (30) days.

If your communication includes a request for the identity and address of
the owner of this loan, this information will be mailed to you separately
within ten (10) business days.

Should you have any questions or concerns, please contact us by calling
our direct phone number, (866) 677-8807.

Thank you,

Executive Resolution Analyst

CR044 031 LXL JO

105

United Wholesale Mortgage is a proud division of United Shore Financial Services, LLC, NMLS # 3038

740581 000001583 09SP02 00064001

**Exhibit Certification**

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

Exhibit R – Notice of Default and Opportunity to Cure

This exhibit consists of Plaintiff's Notice of Default and Opportunity to Cure, duly served upon Defendants. Said notice formally identified contractual breaches, misrepresentation, and fraud, and provided Defendants with an opportunity to cure or rebut within the prescribed timeframe. Defendants failed to cure or rebut, thereby establishing default, dishonor, and liability under the Uniform Commercial Code, RESPA, TILA, and common law principles.

Respectfully submitted,

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate
UCC 1-308, All Rights Reserved



106

*Exhibit O*







Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

✺ ~ 'Temple of the Moon and Sun' ~ ✺

✺ ~ Societas Republicae Ea Al Maurikanos ~ ✺

The True and De jure Natural Peoples ~ Heirs of the Land

---

## Affidavit of Dispute

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

May 24, 2021

Exhibit: A

Mar Ishbia. (acting as) President / Chief Executive Officer
UNITED WHOLESALE MORTGAGE (Inc.)
585 South Blvd E.
Pontiac, Michigan republic [near. 48341]

RE: Account number 0144794658; and Misrepresented Instrument – Bill of Attainder / Foreign Bill of Exchange titled Loan Statement dated March 8, 2021.

### Stare Decisis Law

*"Fraud vitiates the most solemn contracts, documents, and even judgments."* See United States v. Throckmorton. 98 U.S. 61, 25 L.Ed. 93

Page 1 of 2

*107*

I am in receipt of the unsigned misrepresented instrument – bill of attainder, foreign bill of exchange titled Loan Statement dated March 8, 2021, and several other similar instruments regarding account number 0144794658 from an unidentified mystery person representative of your foreign corporate entity UNITED WHOLESALE MORTGAGE (Inc.). Such instruments are addressed to the artificial corporate person / nom de guerre ELZIRA M WILBURN (race: black) regarding an alleged loan in the amount of $282,263.04. Your "Loan Statement" instrument is spurious and constitutes evidence of inducement to fraud. See **Exhibit: A1** attached hereto.

You're "Loan Statement" instrument and claim of an alleged loan in the amount of $282,263.04 is hereby disputed in accordance with my prerequisite due process rights.

Before you intend to enforce or compel me to an alleged debt, you must first show that you are the 'holder-in-due-course' of an original (not copy) valid and verifiable 'Loan Agreement' mutually made between you or an authorized representative of your foreign company, UNITED WHOLESALE MORTGAGE (Inc.), and I (ex rel. ELZIRA M WILBURN) upon which the alleged debt is made. Furthermore, pursuant to the 'Best Evidence Rule' you must also be willing to produce the original 'loan agreement' before trying to enforce the alleged debt. See Black's Law Dictionary, 5ᵗʰ Ed., Page 146:

> **Best Evidence Rule.** *The "best evidence rule" prohibits the introduction into evidence of secondary evidence unless it is shown that original document has been lost or destroyed or is beyond jurisdiction of court without fault of the offering party; if original document is lost, then secondary evidence is properly admissible. State v. Stephens. Mo.App., 556 S.W.2d 722, 723. Fed.R.Evid. 1002 states the basic rule as follows: "To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress."*

### Declaration of Nationality – Citizenship and Status

For the record, I am Elzira Thornton-El, a natural person, in full life, in propria persona, sui juris, in solo proprio. My nationality / citizenship is Moorish American, being an aboriginal and indigenous heiress apparent and national of the Moroccan Empire at North-West Amexem North America. In accordance with my treaty rights to consular jurisdiction. I am a foreign national inhabitant at the California republic, and authorized representative, ex rel. ELZIRA WILBURN /

ELLZIRA M. WILBURN, a fictitious corporate person / nom de guerre. My treaty rights are secured under the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which is the 'supreme law of the land' under Article VI, clause 2 of the Constitution for the United States of North America.

## Discovery and Disclosure

You are hereby commanded to produce to me via certified mail the following for full disclosure purposes:

1. The certified copy of the alleged 'loan agreement' (exposing the front and back) with my signature complete with any affixations or allocations attached to the same for endorsements;

2. All bookkeeping journal entries and records associated with the alleged 'loan agreement'; and

3. Evidence of 'Allodial Title' or 'Aboriginal Title' to the property known 1056 W 52ⁿᵈ Street, Los Angeles, California, which would verify you and / or any of the stockholders of your foreign company, UNITED WHOLESALE MORTGAGE (Inc.), to be the absolute owner of such property having the right to lease it and / or sell it; and

4. The specific specie that you are accepting as "payment" for the alleged debt balance of $282,263.04;

   a. either gold and silver coins which is the lawful money (dollars) used to pay a debt per Article 1, section 10, clause 1 of the Constitution for the United States of North America; or

   b. private corporate commercial paper (Federal Reserve Notes) and securities (Checks) which are unconstitutional, unlawful, and do not constitute payment.

## Days to Answer

You have **five (5) days** from your receipt of this Affidavit of Dispute to answer and produce the above commanded evidence, and to rebut this affidavit, point-by-point, on a written affidavit signed under penalty of perjury. This is my 'Good Faith' attempt to clear up any misrepresentations or confusion concerning your spurious 'Loan Statement' instrument.

109

Your failure to answer and to produce the above evidence constitutes default, and stands as evidence of your admission by silence to fraud in the inducement, and conclusive proof of you and any other authorized representative of your foreign company, UNITED WHOLESALE MORTGAGE (Inc.,) having no valid claim. Upon your default, you agree to immediately cease and desist any and all further colorable actions regarding this matter. I do not under any circumstance waive or abandon any of my treaty rights to consular jurisdiction.

**NO COLLECTION CAN BE TAKEN BY YOU OR YOUR AGENT(S)** during this validation period!

## Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.

Executed this _____ day of _____, 2021.

_____

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
ELZIRA WILBURN:
All Rights Reserved.
C o 1056 W 52nd Street
Los Angeles, California republic [Zip Exempt]

Maghrib al Aqṣá.
North-West Amexen.

Duly subscribed and affirmed on this _____ day of _____, 1443 M.C.Y.
[C.C.Y. 2021], before me, a Wazir [Notary Public] of Morocco at the California state republic.

WITNESS my hand and official seal:

_____
Wazir [Notary Public]: All Rights Reserved.

_____
(Printed Appellation)

Affidavit of Fact

Certificate of Service

I, Elzira Thornton-El, hereby certify that on the _____ day of _____, 2021, the enclosed Affidavit of Dispute [Exhibit: A] and attached Exhibit: A1 were sent via certified mail to the following recipient:

> Mat Ishbia. (acting as) President  Chief Executive Officer
> UNITED WHOLESALE MORTGAGE (inc.)
> 585 South Blvd E.
> Pontiac, Michigan republic [near. 48341]

_____

All Rights Reserved.

C.C: Shirley N. Weber, North Carolina Secretary of State
     Antony J. Blinken, United States Secretary of Sate
     Monty Wilkinson, acting United States Attorney General
     Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights
     EnforceTheConstitution.org
     All other interested persons

112

# EXHIBIT: A1

**UWM**
UNITED WHOLESALE MORTGAGE
PO Box 77404
Ewing, NJ 08628
STATEMENT ENCLOSED

Loan Statement

| | |
|---|---|
| Statement Date | 03/09/21 |
| Account Number | 0144794658 |
| Payment Due Date | 04/01/21 |
| **Amount Due** | **$1,400.81** |

If payment is received after 04/15/21, see details for additional charges

**Contact Us**
Customer Service/Pay By Phone: 855-763-6201
Website: uwm.loanadministration.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628

Exhibit: 21

051455 000049378 09CLET 0074740 00 AF09LA 91 01
ELZIRA M WILBURN
1056 W 52ND ST
Los Angeles CA 90037-3512

*Evidence of fictitious corporate name/non de guerre, false claim, misrepresentation, denationalization, and fraud in the inducement*

**Account Information**

Property Address    1056 W 52ND ST
LOS ANGELES, CA 90037

| | |
|---|---|
| Outstanding Principal | $282,263.04 |
| Escrow Balance | $769.41 |
| Maturity Date | October 2050 |
| Interest Rate | 3.3500% |
| Prepayment Penalty | NONE |

**Explanation of Amount Due**

If you are Experiencing Financial Difficulty You may call the U.S. Government of Housing and Urban Development (HUD) at 800-569-4287, or to a about out counselors in your area.

| | |
|---|---|
| Principal | $475.88 |
| Interest | $764.46 |
| Escrow (for Taxes and Insurance) | $160.47 |
| Other | $0.00 |
| **Current Payment Due 04/01/21** | **$1,400.81** |
| Total Fees Charged Since Last Statement | $0.00 |
| Overdue Amount | $0.00 |
| **Total Amount Due** | **$1,400.81** |

**Transaction Activity (02/09/2021 to 03/08/2021)**

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 03/08/21 | 03/08/21 | 03/2021 PAYMT  THANK YOU | | $1,400.81 |
| 03/05/21 | 03/03/21 | ADDL PRIN | | $50.00 |

**Past Payments Breakdown**

*Unapplied funds represent funds that are held in suspense being final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment.*

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $534.43 | $1,738.59 |
| Interest | $765.91 | $2,302.43 |
| Escrow (Taxes and Insurance) | $160.47 | $481.41 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $0.00 | $0.00 |
| Total | $1,460.81 | $4,522.43 |

**IMPORTANT MESSAGES**

Your Taxes Paid in 2020 = $358.25.   Your Interest Paid in 2020 = $1,770.70

*Evidence of fraud and swindles under Title 18 USC 64*

United Wholesale Mortgage, a division of United Shore Financial Services, LLC  NMLS #3038

See Reverse Side For Additional Important Information  Please return this portion with your payment
Make Checks Payable To

Elzira M Wilburn
1056 W 52nd St
Los Angeles CA 90037-3512

Check this box if your address or phone number information has been updated on the reverse of this payment coupon

**United Wholesale Mortgage**

| | |
|---|---|
| Account Number: | 0144794658 |

| Amount Enclosed | $ |

| | |
|---|---|
| Payment Due Date: | 04/01/21 |
| Current Payment: | $1,400.81 |
| Past Due Amount: | $0.00 |
| Unpaid Late Charges: | $0.00 |
| Other Fees: | $0.00 |
| TOTAL AMOUNT DUE: | $1,400.81 |
| After 04/16/21 Pay | $1,402.90 |

Please remit and bill date on front
Check or coupon

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040



**USPS Tracking**

FAQs >

Remove X

Tracking Number:

70200640000117992415

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Latest Update

Your item was delivered to an individual at the address at 9:16 am on June 24, 2021 in PONTIAC, MI 48341.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                       ☐ Agent<br>                         ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: MAT IShbia Peesident/chief Executive office UNITED WHOLESALE MORTGAGE (INC.) ◦ Affidavit of Dispute [EX:A] | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 6658 1060 6268 22 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 1799 2415 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Mat IShbia Resident/ chief EXECUTIVE officer
585 SoUTH Blud E
Pontiac, Michigan Repub. [near] 48341

115

*Exhibit R*

To:
Mat Ishbia, President/CEO
United Wholesale Mortgage
Attn: Legal & Compliance / QWR Department
585 South Blvd E.
Pontiac, Michigan 48341

From:
Elzira Wilburn
Authorized Representative and Trustee
Estate Known As: ELZIRA WILBURN
3434 South Budlong Avenue
Los Angeles, California 90007

Date: [05/22/02025}
RE: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE
Loan No.: 0144794658
Property: 1056 West 52nd Street, Los Angeles, CA 90037

Certified Mail No. 9589 0710 5270 0098 1216 53

To Whom It May Concern:

On or about May 14, 2025, you were served with a Qualified Written Request ("QWR") under RESPA, TILA, UCC, and applicable California law. You were further notified of your legal obligation to respond fully, truthfully, and in good faith within the prescribed timeframe.

As of the date of this present Notice, you have failed to provide a lawful and complete rebuttal, and are therefore in fault and dishonor of your fiduciary duties and contractual obligations.

This Notice of Fault and Opportunity to Cure hereby grants you five (5) calendar days from the date of receipt of this letter to provide:

1. A full and complete response to the Qualified Written Request previously submitted;

2. Lawful evidence of standing, contract validity, and accounting related to the alleged debt;

3. Proof of lawful authority to collect or enforce any obligation upon the estate of ELZIRA WILBURN.

*116*

Failure to respond within five (5) days from the receipt of this notice shall constitute:

Your consent to all claims, statements, and facts previously declared;

A tacit admission of fraud, non-disclosure, and willful dishonor;

Intentional noncompliance triggering immediate legal default, estoppel by acquiescence, and escalation to formal claims for damages, liens, and administrative enforcement.

Let it be known that silence shall be taken as consent, and your dishonor will be recorded and published.

With All Rights Reserved,
UCC 1-308 / Without Prejudice / Without Recourse Sincerely,
Elzira Wilburn
Authorized Representative and Trustee
Estate Known As: ELZIRA WILBURN

ACKNOWLEDGEMENT
CALIFORNIA REPUBLIC
LOS ANGELES COUNTY

On 5/23/2025 before me, Elzira Wilburn personally appeared who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that they executed the same in their authorized capacity.

I certify under PENALTY OF PERJURY under the laws of the CALIFORNIA REPUBLIC that the foregoing is true and correct.

*Madeline Reynolds*
MADELINE REYNOLDS, NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    County of LOS ANGELES
On 5/23/2025 before me, Madeline Reynolds, Notary Public, personally appeared ELZIRA WILBURN
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.    WITNESS my hand and official seal.

*Madeline Reynolds*
MADELINE REYNOLDS, NOTARY PUBLIC



MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

117

CIVIL CODE § 1189

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ }

On _5/23/2025_ before me, _Madeline Reynolds, Notary Public_
Date                                      Here Insert Name and Title of the Officer

personally appeared _Elzira Wilburn_
                                      Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Dec 31, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Madeline Reynolds_
                Signature of Notary Public

Place Notary Seal and/or Stamp Above

———————— OPTIONAL ————————

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document     TO CURE
Title or Type of Document: _Notice of Default And opportunity_
Document Date: _5/23/2025_                          Number of Pages:_____

Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s)
Signer's Name: _ELZIRA WILBURN_          Signer's Name: _____
☐ Corporate Officer – Title(s): _____     ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General              ☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact       ☐ Individual          ☐ Attorney in Fact
☑ Trustee         ☐ Guardian of Conservator    ☐ Trustee         ☐ Guardian of Conservator
☐ Other: _____              ☐ Other: _____
Signer Is Representing: _____      Signer Is Representing: _____

©2017 National Notary Association

118

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mat Ishbia President/CEO
UNITED WHOLESALE MORTGAGE
ATTN: Legal Compliance/QW
Department
° NOTICE OF DEFAULT copy of O

9590 9402 8614 3244 3900 06

2. Article Number (Transfer from service label)

9589 0710 5270 0098 1216 53

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

USPS TRACKING #

9590 9402 8614 3244 3900 06

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Elzira Thornton El
C/o 3434 Budlong Avenue
Los Angeles California

**EXHIBIT S – Public Record History (RPR) of the Estate Domicile**

This Exhibit contains the Public Record History (RPR) of the estate domicile. The record demonstrates a fraudulent recording pattern including unauthorized assignments, inconsistent filings, and instruments recorded without lawful authority. This pattern has directly impacted the estate's lawful title and ownership rights.

Included herein are the following supporting documents:

- S1 – County Recorder RPR Report

- S2 – Timeline of Recorded Instruments

- S3 – Notary/Commission Discrepancy Records

This Public Record History is submitted as evidence of a continuing scheme of recording fraud targeted against the Moorish American Esan Estate. It is incorporated into the Verified Federal Complaint to establish a documented pattern of harm.

Dated: 25    September 2025

Signed: *Elzira Mae Thornton El*

Ancestral Matriarch Elzira Mae Thornton El

Moorish American Esan Estate

ex rel Elzira Mae Wilburn

[Space reserved for Estate Seal]

120

Exhibit S

## RPR Mobile™
Property Research for REALTORS

Get

## Public Record History

X Close

Deed   Mortgage   Tax   Distressed

### Deed

| | | | | |
|---|---|---|---|---|
| Contract Date | 4/25/2025 | 2/2/2024 | 8/29/2023 | 2/21/2020 |
| Recording Date | 5/27/2025 | 8/5/2024 | 8/30/2023 | 2/26/2020 |
| Document Type | Grant Deed | Intrafamily Transfer | Trustee's Deed (Certificate of Title) | Intrafamily Transfer |
| Sale Price | $575,000 | – | $310,095 | – |
| Buyer Name | R & G FOOD TRUCKS LLC | ELZIRA MAE THORNTON EL | BRECKENRIDGE PROPERTY FUND 2016 LLC | ELZIRA M WILBURN |
| Loan Type | Commercial | – | – | Stand Alone Second / Subordinate position |
| Loan Amount | $431,250 | – | – | $35,000 |
| Buyer ID – | Limited Liability Company | Individual(s) | Limited Liability Company | Widow or Widower |
| Price Code Description | Sales Price or Transfer Tax rounded by county prior to computation. Varies by county. | Transfer Tax on document indicated as Exempt | Full amount stated on Document. | Transfer Tax on document indicated as Exempt |
| Seller Name | BRECKENRIDGE PROPERTY FUND 2016 LLC | ELZIRA MAE THORNTON EL, WILBURN & THORNTON FAMILY TRUST | ELZIRA M WILBURN | ELZIRA M WILBURN, ELZIRA JOHNSON |
| Seller ID | Limited Liability Company | Trustee | Trustor/Debtor (Borrower in Default/Foreclosure on Trustee's Deed) | Widow or Widower |
| Lender Name | LOAN FUNDER LLC | – | – | POUYAN BROUKHIM ETUX |
| City Transfer Tax | $2,588 | – | $1,397 | – |
| County Transfer Tax | $633 | – | $342 | – |
| Buyer Mailing Address | 160 W 88TH PL, LOS ANGELES, CA 90003 | 1056 W 52ND ST, LOS ANGELES, CA 90037 | 2015 MANHATTAN BEACH BLVD, REDONDO BEACH, CA 90278 | 1056 W 52ND ST, LOS ANGELES, CA 90037 |
| Document # | 25-0348135 | 24-3533933 | 23-0579615 | 20-0228451 |

# RPR Mobile™
Property Research for REALTORS

Get

| | Deed | **Mortgage** | Tax | Distressed |

## Mortgage

| | | 9/17/2020 | 8/17/2007 | 6/13/2006 |
|---|---|---|---|---|
| Contract Date | 7/26/2023 | 9/23/2020 | 8/27/2007 | 7/5/2006 |
| Recording Date | 9/11/2023 | Conventional | Negative Amortization | Unknown |
| Loan Type | Commercial | ELZIRA M WILBRUN | ELZIRA M WILBURN | ELZIRA M WILBURN |
| Borrower Name | BRECKENRIDGE PROPERTY FUND 2016 LLC | Widow or Widower | Single Woman | Married women as her sole and separate property |
| Borrower ID | Limited Liability Company | | | |
| Loan Amount | $248,076 | $285,000 | $312,000 | $229,000 |
| Lender Name | BANK OF THE WEST | UNITED WHOLESALE MORTGAGE | WORLD SAVINGS BANK FSB | RESMAE MORTGAGE CORP |
| Lender Type | Bank | Mortgage company | Bank | Mortgage company |
| Mailing Address | 90071 | 48341 | 94612 | 6 POINTE DR, BREA, CA 92821 |
| Borrower Mailing Address | 2015 MANHATTAN BEACH BLVD 100, REDONDO BEACH, CA 90278 | 1056 W 52ND ST, LOS ANGELES, CA 90037 | Address not available | Address not available |
| Document # | 23-0601856 | 20-1156033 | 07-1996827 | 06-1477707 |
| Record Type Code | S | S | S | S |
| Record Type | S | S | S | S |
| Title Company Name | NONE AVAILABLE | LAWYERS TITLE | GATEWAY TITLE COMPANY | GATEWAY TITLE COMPANY ORANGE |
| Due Date | -- | 10/1/2050 | 9/1/2037 | 7/1/2036 |
| Loan Number | -- | 1220486054 | 0046842241 | 1001796543 |
| Vesting Type | -- | -- | -- | Married Woman as her sole and separate property |
| Type of Financing | -- | | | Adjustable Rate |



## RPR Mobile™
Property Research for REALTORS

Get

X Close

# Public Record History

Deed     Mortgage     Tax     Distressed

## Distressed

| | | |
|---|---|---|
| Contract Date | 3/14/2023 | 12/9/2022 |
| Recording Date | 3/14/2023 | 12/13/2022 |
| Auction City | NORWALK | - |
| Auction Date | 4/20/2023 | - |
| Auction Time | 0900A | - |
| Auction Location | 13111 SYCAMORE DRIVE | - |
| Contact Name | NOT PROVIDED | UNITED SHORE FINANCIAL SERVICES LLC |
| Document # | 23-0162852 | 22-1161552 |
| Document Type Code | Notice of Foreclosure Sale | Notice of Default |
| Trustee Mail Care of Name | MARICELA MERCADO | MARIA CECILIA DE JESUS |
| Trustee Name | QUALITY LOAN SERVICE CORPOATION | QUALITY LOAN SERVICE CORP |
| Trustee Address | 2763 CAMINO DEL RIO S, SAN DIEGO, CA 92108 | 2763 CAMINO DEL RIO S, SAN DIEGO, CA 92108 |
| Trustee Sales # | CA-22-946956-NJ | CA-22-946956-NJ |
| Trustee Telephone # | 619-645-7711 | 619-645-7711 |
| Trustor Borrower 1 | ELZIRA M WILBURN | ELZIRA M WILBURN |
| Trustor Borrower 1 ID | Widow or Widower | Widow or Widower |
| Unpaid Balance | $307,080 | - |
| Loan Recording Date | 9/23/2020 | 9/23/2020 |
| Loan Document # | 20-1156033 | 20-1156033 |

123

Case 2:25-cv-09418-ODW-KS    Document 1    Filed 10/02/25    Page 129 of 192    Page ID #:129

| | | |
|---|---|---|
| Document # | 23-0162852 | 22-1161552 |
| Document Type Code | Notice of Foreclosure Sale | Notice of Default |
| Trustee Mail Care of Name | MARICELA MERCADO | MARIA CECILIA DE JESUS |
| Trustee Name | QUALITY LOAN SERVICE CORPOATION | QUALITY LOAN SERVICE CORP |
| Trustee Address | 2763 CAMINO DEL RIO S, SAN DIEGO, CA 92108 | 2763 CAMINO DEL RIO S, SAN DIEGO, CA 92108 |
| Trustee Sales # | CA-22-946956-NJ | CA-22-946956-NJ |
| Trustee Telephone # | 619-645-7711 | 619-645-7711 |
| Trustor Borrower 1 | ELZIRA M WILBURN | ELZIRA M WILBURN |
| Trustor Borrower 1 ID | Widow or Widower | Widow or Widower |
| Unpaid Balance | $307,080 | -- |
| Loan Recording Date | 9/23/2020 | 9/23/2020 |
| Loan Document # | 20-1156033 | 20-1156033 |
| Original Beneficiary Lender | NOT AVAILABLE | UNITED WHOLESALE MORTGAGE |
| Original Beneficiary Code | N | M |
| Current Beneficiary | NOT AVAILABLE | UNITED SHORE FINANCIAL SERVICES LLC |
| Current Beneficiary Code | N | F |
| Source | P | P |
| As Of Date | -- | 12/9/2022 |
| Attention To | -- | QUALITY LOAN SERVICE CORPORATION |
| Past Due Amount | -- | $28,449 |
| Payment Due Date | -- | 6/1/2021 |
| Telephone # | -- | 619-645-7711 |
| Original Loan Amount | -- | $285,000 |
| Contact Address | -- | 2763 CAMINO DEL RIO S, SAN DIEGO, CA 92108 |

124

## RPR Mobile™
Property Research for REALTORS

Get

## Public Record History

✕ Close

Deed    Mortgage    **Tax**    Distressed

## Tax

| Assessment Year | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|
| Assessed Value - Land | $25,241 | $24,747 | $24,262 | $23,898 | $23,430 | $23,325 |
| Assessed Value - Improvements | $17,987 | $17,635 | $17,290 | $17,031 | $16,698 | $16,623 |
| Total Assessed Value | $43,228 | $42,382 | $41,552 | $40,929 | $40,128 | $39,948 |
| Tax Rate Code Area | 0-212 | 0-212 | 0-212 | 0-212 | 0-212 | 0-212 |
| Total Tax Amount | $611 | $600 | $574 | $567 | $579 | $573 |
| Delinquent Year | – | – | – | – | – | – |

125



## Public Record History

 Close

Deed　　Mortgage　　**Tax**　　Distressed

### Tax

| Assessment Year | 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|---|---|
| Assessed Value - Land | $500,000 | $27,602 | $27,061 | $26,531 | $26,259 | $25,745 | $25,2 |
| Assessed Value - Improvements | $100,000 | $19,668 | $19,283 | $18,905 | $18,712 | $18,346 | $17,9 |
| Total Assessed Value | $600,000 | $47,270 | $46,344 | $45,436 | $44,971 | $44,091 | $4 |
| Tax Rate Code Area | 0-212 | 0-212 | 0-212 | 0-212 | 0-212 | 0-212 | 0-212 |
| Total Tax Amount | $7,468 | $757 | $732 | $714 | $717 | $697 | $611 |
| Delinquent Year | – | – | – | – | – | – | – |

RPR Mobile™
Property Research for REALTORS

**EXHIBIT T – Fee Schedule**
**(Estate Penalties for Trespass, Harm & Interference)**

This Fee Schedule has been lawfully declared as part of the Moorish American Esan Estate protections. It establishes penalties and assessments for any trespass, fraud, unlawful dispossession, and interference with the rights of the Ancestral Matriarch and the Estate. These fees are binding upon all notified parties and incorporated into the Verified Federal Complaint.

| Action / Injury | Penalty / Fee |
|---|---|
| Unauthorized entry onto estate property | $500,000 per occurrence |
| Recording or filing fraudulent instruments | $1,000,000 per instrument |
| Trespass resulting in removal/dispossession | $5,000,000 per event |
| Emotional distress, Indigenous rights violation | $10,000,000 per event |
| Interference with lawful estate filings | $1,000,000 per occurrence |
| Other harms (not limited to above) | Subject to additional assessment at estate discretion |

This Fee Schedule is hereby incorporated into the Verified Federal Complaint and stands as lawful notice to all parties. By operation of law and notice, all violators are bound to these terms.

Dated: _25 September 2025_

Signed: _Elzira Mae Thornton El_

Ancestral Matriarch Elzira Mae Thornton El

Moorish American Esan Estate

ex rel Elzira Mae Wilburn

127



128

**EXHIBIT U – Fraudulent Recording Evidence**
(Corporate Assignment of Deed of Trust, MERS, and Notary Irregularities)

This Exhibit contains evidence of fraudulent instruments recorded against the estate, including the so-called Corporate Assignment of Deed of Trust, prepared by Nationwide Title Clearing, Inc. and executed by Tracy Rogers as "Vice President" of Mortgage Electronic Registration Systems, Inc. (MERS). It also highlights irregularities in the notary commission of Aaron Burdick.

Included herein are the following supporting documents:

 - U1 – Corporate Assignment of Deed of Trust (Recorded Sept. 17, 2021, Los Angeles County)

 - U2 – Tracy Rogers Signature Authority (evidence of robo-signing practices)

 - U3 – Aaron Burdick Notary Irregularities (Commission HH 606524, Palm Harbor, FL)

 - U4 – MERS Analysis Report (systemic inconsistencies in chain of title)

This Exhibit establishes that the Corporate Assignment of Deed of Trust and related notarization are fraudulent, fabricated, and without lawful authority. These defects break the chain of title and invalidate subsequent foreclosure and dispossession actions.

Respectfully Submitted,

Ancestral Matriarch Elzira Mae Thornton El

Moorish American Esan Estate

ex rel Elzira Mae Wilburn

129



130

Exhibit U

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, INC.

[AND WHEN RECORDED MAIL TO]
Cenlar FSB C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Contact Cenlar FSB for this instrument 425 Phillips Blvd, Ewing, NJ 08618, telephone # 1-800-223-6527, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer, and set over all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due thereon to UNITED SHORE FINANCIAL SERVICES, LLC D/B/A UNITED WHOLESALE MORTGAGE, A MICHIGAN LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 1414 EAST MAPLE RD, TROY, MI 48083, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by ELZIRA M. WILBURN, A WIDOW to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS and recorded on 09/23/2020 as Instrument # 20201156033 in the office of the LOS ANGELES County Recorder, CA.

IN WITNESS WHEREOF, this Assignment is executed this 17th day of September in the year 2021

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS

*Tracy Rogers* ←

TRACY ROGERS
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 17th day of September in the year 2021, by Tracy Rogers as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, who as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Aaron Burdick*
AARON BURDICK
COMM EXPIRES: 11/22/2024

AARON BURDICK
Notary Public - State of Florida
Commission # HH 086579
My Comm. Expires Nov 22, 2024
Bonded through National Notary Assn.

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
CENAV 427718246  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  DEFAULT  MIN 100032412204860545 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T17210-12-21-27 [C-1] EFRMCAL1

*D0084370793*

131

*Exhibit U*

<u>Florida Department of State</u> > <u>Division of Corporations</u> <u>Notaries Home</u>

The maximum number of records that can be displayed is 4900.
If you are not seeing the results you expected try modifying the
search criteria. Example: adding a first initial or expiration date.

## Commissioned Notaries Public

| Name | Birth Date | Notary ID | Commission | Expire Date | 2nd Agy ID | Address |
|------|-----------|-----------|------------|-------------|-----------|---------|
| <u>Burdick, Aaron</u> | 5/20/XX | 1483363 | HM 606524 | 11/22/2028 | NNAF | 2100 US 19 Alt Palm Harbor, FL 34683-0000 |

1 Record(s) Selected

[Department of State] [Division of Elections] [Elections Online]

Department of State
Division of Corporations
Notary Commissions
P.O. Box 6327
Tallahassee, FL. 32314

132

*Exhibit U*

# MERS Analysis Report
for
## Elzira M. Wilburn
1056 West 52ND Street, Los Angeles CA 90037

1 | Page

133

## Table of Contents

| Section Title | Page |
|---|---|
| MERS Screenshot | 3 |
| MERS License Fraud Analysis | 4-11 |
| Mortgage Note Considerations | 12 |
| UCC Excerpt Analysis | 13 |

134

## MERS Screenshot

28/12/2022, 16.57                                          MERS® ServicerID - Results

**MERS**
**ServicerID**

**1 Record Matched Your Search**

MIN: 1000324-1220486054-5 Note Date: 09/17/2020    MIN Status: Inactive
Servicer: United Wholesale Mortgage, LLC    Phone: (800) 816-8744
Pontiac, MI
If you are a borrower on this loan, you can [illegible] to enter additional information and display the Investor name.

Return to Search

135

## MERS Analysis

### Mers & The Debt

MERS does record the assignment in the actual real property records system. The actual note itself, is the creation of the legal obligation to have the loan/note repaid for the debt. Thus the note is the actual legal document which backs the debt. The debt itself has not been transferred or negotiated by MERS

- MERS does record the assignment in the actual real property records system. The actual note itself, is the creation of the legal obligation to have the loan/note repaid for the debt. Thus the note is the actual legal document which backs the debt. The debt itself has not been transferred or negotiated by MERS

- MERS is not legally entitled to receive monthly payments from the borrower. MERS cannot legally be entitled to benefit from a foreclosure in any sale of the home in a foreclosure sale.

- MERS does not own the mortgage note, thus it cannot attempt to foreclose.

- MERS cannot have any legal claim or interest in the loan interest, the debt, security instrument which MERS serves as a nominee.

### MERS & Securitization

Mortgage Electronic Registration System (MERS) has been named the beneficiary for this loan. MERS was created to reduce in need of executing and recording of assignment of mortgages, with the idea that MERS would be the mortgagee of record. This would allow "MERS" to foreclose on the property, and at the same time, it would assist the lenders in avoiding the recording of the Assignments of Beneficiary on loans sold. This helped to save money for the lenders in manpower and helped to reduce the costs of recording these notes. It was also designed to "shield" investors from liability as a result of lender misconduct regarding the process of mortgage lending. MERS is imposed to overcome certain laws and other legal requirements dealing with mortgage loans holding an "artificial" entity. Because of designating certain member employees to be MERS corporate officers, the foreclosing agency and MERS "designated officer" has a conflict of interest. MERS and the servicer both have not a beneficial interest in the note even they don't receive the income from the payments. And actually the service employee can't sign the Assignment in the name of MERS because the Assignment execution of MERS employee is illegal. The new party has not executed the Assignment from the actual owner of the note. An assignment will result in a nullity because of a mortgage in the absences of the assignment and physical delivery of the note. It must also bear in mind that the lender or other holder of the note registers the loan on MERS. Thereafter, all sales or assignments of the mortgage loan are accomplished electronically under the

4 | P a g e

136

MERS system. MERS never acquires actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

From the beginning MERS has indicated numerous violations of Unfair and Deceptive Acts and Practices because of conflicting nature and identity of the servicer and the beneficiary. As these practices were intentionally designed, it misleads the borrower and benefits the lenders.

So the main point becomes, is MERS the Servicer or the foreclosing party? As the Servicer is the party who initiate the foreclosure and they take the documents to their own employee who are designated as a "Corporate Officer of MERS", and who conveniently signs the document for MERS, aren't they the "foreclosing party"?

Is MERS the Beneficial Owner of the Note?

1.    MERS is named after the beneficiary on the Deed of Trust and holding only legal title to the interest granted by Borrower in this Security Instrument...has the right: to exercise any or all of those interest, including, but not limited to, releasing and canceling this security instrument.

2.    MERS can claim to hold the Note but it has not any actual possession of the Note

3.    MERS don't get any payments or income from the monthly payments. Ultimate Investor gets this money. The Investor has the beneficial interest in the Note because the Investor receiving the payments.

4.    MERS agreement indicates that MERS will comply with the instructions of the holder of mortgage loan promissory notes at all time. It also indicates that "When the beneficial owner will not give contrary instructions , MER may depends on instructions from the servicer shown on the MERS system in accordance with these rules and the procedures with respect to transfers of beneficial ownership.

5.    MERS is not the beneficial owner of the note that has been testified in Florida Courts.

Assignment of Beneficiary

MERS does not keep the record of the assignment of beneficiary though it is required by law, until the foreclosure process starts and the Notice of Default has been filed, and apparently, only when it appears that the borrower will not be able to reinstate the loan and then foreclosure is inevitable. It maintains itself as the beneficiary throughout the entire process up to foreclosure.

MERS has represented in Florida Courts that its sole purpose is as a system to track mortgages. It has stated that the lenders and servicers do entry for themselves and it does not do the entries itself, but. When an Assignment of Beneficiary is executed, it is the member servicer or lender that goes to the website, downloads the necessary forms, completes the forms and then takes it to the designated "MERS officer" to sign.

MERS agreements state that MERS and the Member agree that: (i) the MERS System is not a vehicle for creating or transferring beneficial interest in mortgage loans, (ii) transfer of servicing interests reflecting on MERS System are subject to the consent of the beneficial owner.

Since MERS and the servicer both haven't a beneficial interest in the note, they don't receive the income from the payments, and since it is actually an employee of the servicer signing the Assignment in the name of MERS, this begs the question:

Is the assignment executed by the MERS employee even legal, since the actual owner of the note has not executed the assignment to the new party?

A good indicator might be in Sobel v Mutual Development, Inc, 313 So 2d 77 (1st DCA Fla 1975). An assignment of a mortgage in the absence of the assignment and physical delivery of the note in question is a nullity.

Possession of the Note & Holder in Due Course

Coming to the forefront, possession of the Note is a key argument. The foreclosing entity has to

5 | P a g e

137

prove possession and ownership of the original Note in order to foreclose. A survey reported that upwards of 40% of the Notes are missing and cannot be found that's why this comes to the forefront. And MERS is once again involved in this.

MERS foreclosure lawsuits often include a Lost, Missing, or Destroyed Affidavit In Judicial Foreclosure states. The Note cannot be found, and that the Note prior to being lost was in the possession of MERS which was "testified" by this affidavit. This has become very problematic for MERS,As they have admitted in Courts that they do not own the Note or even hold the Note. If this is so, then MERS is likely filing fraudulent Affidavits.

When challenged, one defense that MERS uses to support its "legal standing" is that the servicer has possession of the Note and Deed. MERS, by the act of having its own "Officers" as employees of the servicer, entitles it to foreclose on behalf of the servicer and the beneficiary. When confronted with this defense, the response should be for the servicer to produce the note.

It should also be noted that the lender or other holder of the note registers the loan on MERS. Then, under the MERS system all sales or assignments of the mortgage loan are accomplished electronically. MERS never acquires actual physical possession of the mortgage note, and they don't acquire any beneficial interest in the Note.

Securitization Process

Securitization is the name for the process by which the final investor for the loan ended up with the loan. It entailed the following:

1. Mortgage broker had client who needed a loan and delivered the loan package to the lender.

2. The lender approved the loan and funded it. This was usually through "warehouse" lines of credit. The lender most of the times used warehouse line instead using their own money and that had been advanced to the lender by major Wall Street firms like J.P. Morgan.

3. The lender "sold" the loan to the Wall Street lender, earning from 2.5 - 8 points per loan. This entity is known also as the mortgage aggregator.

4. The loan, and thousands like it, are sold together to an investment banker.

5. Securities banker buys loans from Investment banker

6. Securities banker sells the loans to the final investors, as a Securitized Instrument, where a Trustee is named for the investors, and the Trustee will administer all bookkeeping and disbursement of funds.

7. The issue with the securitization process is that when the Securitized Instrument was sold, it was split apart and sold in tranches, (in slices like a pie). There were few or no records kept of which notes went into which trancheand there are no records of how many investors bought into each particular tranche. Additionally, there were no

Assignments designed or signed in anticipation of establishing legal standing to foreclose.

8. Rating Agencies rated the tranches at the request of the Investment Bankers who paid the Rating Agencies.

9. When the tranches were created, each "slice" was given a rating, "AAA, AA, A, BBB, BB, etc. which tranche got "paid" first out of the monthly proceeds determined the ratings. If significant numbers of loans missed payments, or went into default, then the AAA tranche would receive all money due, and this went on down the line. The bottom tranches with the most risk would receive the leftover money.

These were the first tranches to fail. Even if the defaulting loans were in the AAA tranche, the AAA tranche would still be paid and the lowest tranche would not. Wall Street, after the 2000 Dot.com crash, had large amounts of money sitting on the sidelines, looking for new investment opportunities. Returns on Investments were dismal, and investors were looking for new

6 | P a g e

138

opportunities. Wall Street recognized that creating Special Investment Vehicles offered a new investment tool that could generate large commissions.

Other Pertinent Facts of Securitization

1.     In Wall Street pooling agreements they defined in the agreements that the loans that they would accept for each investment vehicle. The lenders were executed agreements by them, with the lenders and then immediately issued warehouse lines of credit to the lenders.

2.     Lenders then informed brokers to know the loan parameters to meet the pooling agreement guidelines and the brokers went out and found the borrowers.

3.     Wall Street took all the loans, packaged them up and sold them as bonds and other security instruments to other investors, i.e. Joe's Pension, and paid off original investors or reissued new line of credit, and earned commissions on both ends.

4.     The process was repeated time and again.

5.     What we do know now is that in most cases, the reality is that the reported lender on the Deed of Trust was NOT the actual lender. The actual lender who lent the money was the Wall Street Investment Bank. They simply rented the license of the lender, so that they would not run afoul of banking regulations and/or avoid liability and tax issues. For all purposes, Wall Street was the true lender and there are arguments that suggest that Disclosures should have been required naming Wall Street as the lender.

Now it can be easier to understand how possession of the Note and ownership of the Note play a vital role. In most cases, which tranche will contain any particular note, it is unknown. And will not it be known how many investors, and who bought the individual tranches without significant and time-consuming investigation.

Hence, any foreclosure that was securitized may be completely unlawful. Without the "True Owners" of the note stepping forward to demand foreclosure,

Assignee Liability

Assignee liability is another issue being contested. Under TILA and RESPA, If on the face of the loan documents gives evident that there are violations of the statutes, then assignees have a significant liability when they assume the loan. Moreover, the question arises as to if assignee liability can be claimed only if there are no violations on the face of the documents.

It is believed that MERS became the "beneficiary" for so many notes to address the Assignee Liability problem. Since MERS works as the beneficiary, and it doesn't keep the record of assignments, it becomes more difficult to determine assignee liability and holder in due course issues.

This could offer "cover" for all the parties who are participating in the Securitization process, since no there were recorded of Assignments and "proof of ownership" of the note could not be easily determined. Tracking the monthly payments made to the investors, determining which party received the monthly payment will be the only way to determined ownership of the Notes. This would be time consuming and likely only Discovery would prove the process necessary to get this information.

In Cazares v Pacific Shore Funding, CD. Cal. Jan 3, 2006, assignee that actively participated in original lender's act and dictated loan terms may be liable under UDAP.

The question then arises as to assignments further down the "chain of title". Under these circumstances, to attack the lenders, the UDAP codes can be utilized. The contracts can be "voided or rescinded for showing fraud and other causes of action, " common law and UDAP codes, especially CA B&P § 17200, and CA Civil Code §1689, which allows for contract rescision.

7 | P a g e

139

Litigation and major legal decisions

Mortgage Electronic Registration Systems, Inc. v. Lisa Marie Chong, et al. (United States District Court, District of Nevada)

On December 4, 2009, Judge Dawson found that "MERS provided no evidence that it was the agent or nominee for the current owner of the beneficial interest in the note, it has failed to meet its burden of establishing that it is a real party in interest with standing." He issued his decision in 5 of the 18 cases (In re Chong, In re Pilatich, In re Cortes, In Re Medina and In re O'Dell) on appeal but declined to hold that "MERS would not be able to establish itself as a real party in interest had it identified the holder of the note or provided sufficient evidence of the source of its authority."[17]

Cervantes v. Countrywide Home Loans Inc. (United States District Court, District of Arizona)

On September 24, 2009, the U.S. District Court for the District of Arizona, in Cervantes v. Countrywide Home Loans, Inc., et al., dismissed all federal and state law claims made by three borrowers in a complaint filed against a group of defendants that included MERS. The court discussed whether MERS was a proper beneficiary but only in the context of whether its involvement constituted the tort of fraud on the borrowers. The court found the mere use of MERS was not common law fraud on the borrowers, finding that "Plaintiffs have failed to allege what effect, if any, listing the MERS system as a 'sham' beneficiary on the deed of trust had upon their obligations as borrowers."[18]

The U.S. Court of Appeals for the Ninth Circuit affirmed the trial court's judgment in favor of MERS in a published opinion filed on September 7, 2011.[19] The Court ruled that a borrower had no basis to challenge the standing of an entity like MERS. It also, however, drew attention to a legal reference book's footnote that such a borrower still had a remedy by suing to have the trustee's sale set aside.

Mortgage Electronic Registration Systems, Inc. v. Revoredo, et al. (Florida Third District Court of Appeals)

Both the 3rd District Court of Appeals in Miami and the 2nd District Court of Appeals in Lakeland held that MERS can foreclose. Senior Judge Alan R. Schwartz noted the decision was based in part in the changes in finance and technology over time. "The problem arises from the difficulty of attempting to shoehorn a modern innovative instrument of commerce into nomenclature and legal categories which stem essentially from the medieval English land law," Schwartz wrote.[20]

A related Florida case is BONY Mellon v. Pino. After homeowner Pino had established that bank paperwork was defective, BONY moved to dismiss its own suit, presumably intending to remedy the paperwork and then start a second suit for foreclosure, Florida being a judicial foreclosure state. Pino challenged the bank's right to dismiss its own suit in such a way. As the case neared a hearing at the Florida supreme court, the parties settled. Days later the bank recorded notice at the country recorder that Pino was now the free and clear owner of his house. In other words, the bank let go of its claim, presumably worth many thousands of dollars, to Pino's house, because bank attorneys believed they were likely to lose at the state supreme court, and thus establish a precedent that could cost them a lot of money. Avoiding the precedent was worth more than the lost money lent to Pino. In spite of the bank's action, the court decided to hear the matter to rule on the propriety of the banks "dismiss-fix-sue again" approach. (Brittany Davis, Miami Herald blog, May 10, 2012)

Jewelean Jackson, et. al. v. Mortgage Electronic Registration Systems, Inc. (Minnesota Supreme Court)

On August 14, 2009, the Minnesota Supreme Court ruled that MERS could foreclose under state law as the mortgagee of record.[21]

A class-action lawsuit was filed by homeowners in Delaware to hold MERS responsible for fraudulent fees on foreclosures filed by MERS.[22]

Homeowners have argued in court that their homes could not be foreclosed because MERS deeds of trust were unlawful.[23] In other cases, state appellate courts have held that MERS is permitted to

8 | P a g e

140

foreclose mortgage liens when it is the holder of the note and mortgage.

Landmark Nat'l Bank v. Kesler (Kansas Supreme Court)

On August 28, 2009, the Kansas Supreme Court in Landmark National Bank v. Kesler, 2009 Kan. LEXIS 834 (Aug 28, 2009), issued a decision involving MERS that focused on finality of judgments. MERS's involvement with this case arose from the fact that the company did not receive notice of a foreclosure action even though MERS was the mortgagee of record on a junior lien. In the opinion, the court noted that "[e]ven if MERS was technically entitled to notice and service in the initial foreclosure action—an issue that we do not decide at this time—we are not compelled to conclude that the trial court abused its discretion in denying the motions to vacate default judgment and require joinder of MERS...." The case did not affect MERS's standing to foreclose and the company is entitled to receive notice of legal actions when MERS is the mortgagee.[24] The court concluded that MERS had not publicly recorded the chain of title with the relevant registers of deeds in counties across Kansas. The judges determined that a mortgage contract consists of two documents: a deed of trust (which secures the property as collateral) and the promissory note (which indents the borrower to the lender), and determined that "in the event that the mortgage loan somehow separates interests of the note and the deed of trust... with the deed of trust lying with some independent entity... the mortgage may become unenforceable."[25]

On April 30, 2010, a Kansas appellate court in MERS, Inc. v. Graham, 44 Kan. App. 2d 547, 2010 WL 1873567, at **4-**5, interpreted Kesler to mean that MERS in fact does not have standing to foreclose on a mortgage in Kansas where there is no mention of MERS in the promissory note, MERS acts solely as a "nominee" for the lender, and there is no evidence that the promissory note has been assigned to MERS or that MERS otherwise possesses an interest in the promissory note.

MERSCORP, Inc., RESPA Litigation (United States Court of Appeals for the Fifth Circuit)

In 2008, the United States Court of Appeals for the Fifth Circuit dismissed a multi-district class action lawsuit against MERS. The plaintiffs alleged that a small fee charged by mortgage lenders, which was then paid to MERS, violated provisions in the Real Estate Settlement Procedures Act (RESPA). The plaintiffs also argued that MERS unfairly received business referrals from the mortgage lenders. However, the Circuit Judges held that "In exchange for the fee, MERS performed the service of being the permanent record mortgagee in the public land records..." Plaintiffs' complaint was dismissed by the appellate court for failure to state a claim under RESPA.[26]

District of Columbia Attorney General's Enforcement Statement

On October 27, 2010, DC Attorney General Peter Nickels issued a statement which concludes that "a foreclosuring may not be commenced against a D.C. homeowner unless the security interest of the current noteholder is properly supported by public filings with the District's Recorder of Deeds."[27] So in Nickels' view, subsequent transfers of the mortgage on MERS's records will not count unless they were also recorded in D.C.

Gomes v. Countrywide Home Loans (California Court of Appeal for the Fourth Appellate District, Division One)

On February 18, 2011, the California Court of Appeal for the Fourth Appellate District affirmed the sustaining of a demurrer without leave to amend. In an opinion by Justice Joan Irion, the court ruled in favor of MERS in two ways: (1) California's nonjudicial foreclosure statutes did not expressly or impliedly allow a lawsuit simply to determine whether the party initiating a foreclosure was authorized to do so; and (2) even if they did, the plaintiff consented to the use of MERS to initiate the foreclosure when he signed the deed of trust.[28] Gomes expressly cited to and relied upon the state supreme court's 2010 decision in Lu v. Hawaiian Gardens Casino, Inc.,[29] which clarified that a certain conservative method of statutory analysis (first articulated by Associate Justice Frank K. Richardson in 1979 and adopted by a majority of the court in a 1988 opinion by Chief Justice Malcolm M. Lucas) applies to all California statutes, not just the California Insurance Code. Thus, if

9 | P a g e

141

the California Legislature has not expressly written a cause of action into a statute, it simply does not exist. The Supreme Court of California denied Gomes's petition for review on May 18, 2011. Gomes' attorney then filed a petition for writ of certiorari in the U.S. Supreme Court in which he attempted to challenge MERS on vaguely articulated due process federal constitutional grounds not previously raised in the lower courts. However, he failed to challenge the constitutionality of the California rule for finding an implied cause of action, which would likely have failed anyway, as the federal rule for finding an implied cause of action is nearly identical. The high court denied the petition on October 11, 2011.

In re Agard (U.S. Bankruptcy Court, Eastern District of New York)

On February 10, 2011, the U.S. Bankruptcy Court for the Eastern District of New York considered a motion for relief from the bankruptcy stay brought by U.S. Bank as the trustee of a securitization trust. U.S. Bank claimed the right to foreclose on the debtor's mortgage in part because of purported assignment of the mortgage from MERS. The court found itself constrained by the Rooker-Feldman doctrine to give effect to a prior state-court judgment of foreclosure, but went on to consider several arguments MERS advanced about its legal status and authority, noting that it had held off on deciding dozens of additional cases until those matters were clarified. The court found that MERS had no power as an agent to assign the mortgage under its rules, its membership agreement, or the terms of the mortgage itself. The court also found that MERS had no power as the mortgagee of record to assign the mortgage: "MERS's position that that it can be both the mortgagee and an agent of the mortgagee is absurd, at best."

The court observed,

MERS and its partners made the decision to create and operate under a business model that was designed large part to avoid the requirements of the traditional mortgage recording process. The Court does not accept the argument that because MERS may be involved with 50% of all residential mortgages in the country, that is reason enough for this Court to turn a blind eye to the fact that this process does not comply with the law.[30]

Residential Funding v. Saurman (Michigan Supreme Court)

In April 2011, in Residential Funding v. Saurman, the Michigan Court of Appeals decided two consolidated cases holding that MERS did not have standing to foreclose non-judicially pursuant to MCL 600.3204(1)(d) because it did not actually own any interest in the debt.[31] The Michigan Supreme Court reversed the decision in an order November 16, 2011, finding that MERS is the owner of an interest in the mortgage because "[MERS'] contractual obligations as mortgagee were dependent upon whether the mortgagor met the obligation to pay the indebtedness which the mortgage secured." However, the court clarified that MERS's status as an "owner of an interest in the indebtedness" does not equate to an ownership interest in the note."

On November 16, 2011, the Michigan Supreme Court, understanding the urgency and potential fallout of this matter, issued a peremptory order, in lieu of granting the appeal, and reversed the Court of Appeals judgment. (Residential Funding Co, LLC v Saurman, 2011 WL 5588929 (Mich, November 1, 2011). The court agreed with the dissenting Court of Appeals opinion, "pursuant to MCL 600.3204(1)(d), Mortgage Electronic Registration System (MERS) is the 'owner . . . of an interest in the indebtedness secured by the mortgage at issue in each of these consolidated cases' because '[MERS] contractual obligations as the mortgagee were dependent upon whether the mortgagor met the obligation to pay the indebtedness which the mortgage secured.'" The Court clarified that "MERS status as an 'owner of an interest in the indebtedness' does not equate to an ownership interest in the note. Rather, as a record-holder of the mortgage, MERS owned a security lien on the property, the continued existence of which was contingent upon the satisfaction of the indebtedness." This interest in the indebtedness . . . authorized MERS to foreclosure by advertisement under MCL 600.3204(1)(d)." (emphasis added).

142

The court's interpreted MCL 600.3204(1) as inclusive rather than exclusive. The court held those with an "interest in the indebtedness" includes mortgagees of record (such as MERS) and constitutes a category of parties entitled to foreclose by advertisement, along with those who "own the indebtedness" and those who "act as the servicing agent of the mortgage."

Calvo v. HSBC (Court of Appeals of California, Second District, Division Eight)
On September 12, 2011, the California Court of Appeal for the Second District said the complaint (an alleged violation of Section 2932.5 of the California Code which requires the assignee of a mortgagee to record an assignment before exercising a power to sell real property) was irrelevant as it applied only to mortgages, not to deeds of trust.[32]

Robinson v. Countrywide (Court of Appeals of California, Fourth District)
On September 12, the Fourth District Court citing its own May decision in Gomes v. Countrywide, stated that "the statutory scheme...does not provide for a preemptive suit challenging standing. Consequently, plaintiffs' claims for damages for wrongful initiation of foreclosure and for declaratory relief based on plaintiffs' interpretation of section 2924, subdivision (a), do not state a cause of action as a matter of law."[33]

Bain vs. Metropolitan Mortgage Group, Inc. (Washington Supreme Court)
In March 2012, Kristin Bain of Tukwila, WA filed suit against MERS (and a subsidiary) for foreclosing on her house without even disclosing the actual owner of her mortgage.[34]
In August 2012, the Washington Supreme Court ruled with Bain, saying that MERS was not a lawful beneficiary of her deed and did not have the right to appoint trustees. The decision states: "A plain reading of the statute leads us to conclude that only the actual holder of the promissory note or other instrument evidencing the obligation may be a beneficiary with the power to appoint a trustee to proceed with a nonjudicial foreclosure on real property. Simply put, if MERS does not hold the note, it is not a lawful beneficiary".[35]

Electronic signatures and notarizations
Because the MERS system is electronic, it depends on the electronic storage and transmission of legal documents. On the question of notarization of electronic signatures and the honoring of notarized signatures across state lines, the US House of Representatives had passed bills to legalize these steps, and in 2010 the US Senate passed the legislation without debate. However, President Barack Obama publicly opposed the legislation on October 7, 2010. As a result, the bill died, and state laws govern whether electronic signatures can be notarized or whether a notarized signature in one state must be accepted in another.[36]

Controversy
MERS generated much debate, controversy, and criticism among litigators and academics in "some of the most widely read law review articles of the past few years."[37] Dustin A. Zacks,[38] for example, criticized MERS for taking directly inconsistent positions in various courts around the country.[39] Zacks' article found favor with the Bain Court which cited him for the proposition that "MERS's officers often issue assignments without verifying the underlying information, which has resulted in incorrect or fraudulent transfers."[40] Professor Christopher Peterson[41] has similarly argued that MERS is disengenuous in simultaneously claiming to be the mortgagee and the nominee/agent of the lender or trustee.[42] Peterson likened this alleged duplicity to being akin to the two-faced Roman God Janus,[43] while Zacks compared MERS to a "creature more akin to a many-tentacled squid."[44] Peterson's articles on MERS,[45] which also criticize MERS for its allegedly harmful effect on the integrity and transparency of public recording, have been cited by countless anti-MERS litigants[46] and in decisions both adverse and favorable to MERS.[47] Other academics have criticized MERS on the grounds that its nominal ownership of millions of home loans poses a disastrous risk for mortgage investors should MERS ever declare bankruptcy. Such a bankruptcy could mean that mortgages would "pass into the company's bankruptcy estate

11 | P a g e

143

and become available to satisfy creditors' claims."[48] One law professor even suggested scrapping the MERS system entirely, replacing it with an entirely new national recording system.[49]

## Mortgage Note Considerations

Since MERS is connected to this mortgage. Considering all of the fraud involved with MERS, this important points/consideration must be considered.

- Original Note has been lost or destroyed
- Note and Deed of Trust have been separated
- MERS fraud involved with this loan
- The right party to foreclosure must have original note, as well as deed of trust to foreclosure, in this case no one entity does. Thus foreclosing on this property is completely fraudulent.

According to the landmark case, Glaski Vs. Bank of America. The case was determined that in order for a company/financial entity to foreclose on a property, the company/financial entity must have both the mortgage note and the deed of trust together at the time of foreclosure. On this specific loan this is not the case, and the foreclosing entity does not have bot the original mortgage note, nor the deed of trust. Hence the conclusion is that they cannot foreclose.

12 | Page

## UCC Excerpt Analysis

According to the UCC below, there could be issues here of proper "assignmee" of the note which is the document of the loan. Thus the assignee or the ones being assigned to possibly cannot enforce the note, and furthermore seeing the MIN MERS number mentioned on the mortgage contract , one can clearly see its "inactive". Which could mean the contract has issues.

"23  o Under what circumstances does delivery of a note qualify as an exchange? As mentioned in UCC Section 3-203(a), a note is transferred "if it is delivered by a person apart from its issuer for the purpose of giving to the person receiving delivery the right to enforce the instrument." For instance, assume that the payee of a note sells it to an assignee, going to transfer all of the payee's rights to the note, but delivers the note to the assignee without indorsing it. The assignee won't qualify as a holder (because the note continues to be payable to the payee) but, because the transaction between the payee and the assignee qualifies as an exchange, the assignee now has all of the payee's rights to enforce the note and thereby qualifies as the person eligible for enforce it. Thus, the failure to acquire the endorsement of the payee doesn't prevent a person in possession of the note from being the person eligible for enforce it, but demonstrating that status is more difficult. The reason being the person in possession of the note must also demonstrate the purpose of the delivery of the note to it to be able to qualify as the person eligible for enforce."

13 | P a g e

145

EXHIBIT V

Ownership & Security Filings (UCC Financing Statements)

This Exhibit contains certified UCC financing statements establishing secured ownership and lien rights in favor of:

Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate.

The filings recorded with the California Secretary of State confirm the secured party's interest against:

- Breckenridge Property Fund 2016 LLC (File No. U240066973738 – Active until 08/22/2029)

- 267 Vermont Avenue Villa, Los Angeles, CA (File No. U240067010112 – Active until 08/22/2054)

These filings lawfully perfect the Plaintiff's estate and secured party interest, demonstrating standing, notice, and lien priority against all competing claims.

Elzira Mae Thornton El
Ancestral Matriarch – Moorish American Ancestral Esan Estate
All Rights Reserved, UCC 1-308



146

*Exhibit V*

| UCC Type | Debtor Information | File Number | Secured Party Info | Status | Filing Date | Lapse Date |
|---|---|---|---|---|---|---|
| Judgment Lien | BRECKENRIDGE PROPERTY FUND 2016 LLC - REDONDO BEACH, CA | U240066973738 | ELZIRA MAE THORNTON EL - LOS ANGELES, CA | Active | 08/22/2024 | 08/22/2029 |
| UCC | 267 VERMONT AVENUE VILLA - LOS ANGELES, CA | U240067010112 | ELZIRA MAE THORNTON EL TTEE/BENE - LOS ANGELES, CA | Active | 08/22/2024 | 08/22/2054 |

147

**EXHIBIT W – Release of Obligation (Paid in Full Evidence)**

This Exhibit contains official documentation establishing that the alleged mortgage obligation tied to the Moorish American Ancestral Esan Estate property located at 1056 West 52nd Street, Los Angeles, California Republic 90037 was fully satisfied and discharged. Despite this release, subsequent fraudulent instruments and assignments were recorded, unlawfully clouding the estate title and trespassing upon a debt already extinguished.

Included herein are the following items:

- W1 – Notice of Intent to Record Release of Obligation under Deed of Trust (Fidelity National Title Insurance Company, July 28, 2022)

- W2 – Evidence of Payment in Full (Recorded amount: $36,995.43, Date of Payment: September 23, 2020)

- W3 – Trustee/Beneficiary Records identifying Ress Financial Corp and Pouyan & Bahareh Saghian Broukhim

This bundle demonstrates that the deed of trust obligation was paid in full, extinguished, and lawfully released. Any subsequent foreclosure, assignment, or enforcement action against the estate constitutes fraud, conversion, and unlawful trespass upon private Indigenous property rights.

Dated: _25 September 2025_

Signed: _Elzira Mae Thornton El_

Ancestral Matriarch Elzira Mae Thornton El

Moorish American Esan Estate

ex rel Elzira Mae Wilburn

148



149

*Exhibit W*

## NOTICE OF INTENT TO RECORD RELEASE OF OBLIGATION
## UNDER DEED OF TRUST (C.C. 2941)

TO:   TRUSTOR (OR SUCCESSOR IN INTEREST)

Elzira M Wilburn
1056 West 52nd Street
Los Angeles, California 90037

TRUSTEE (OR SUCCESSOR TRUSTEE)

Ress Financial Corp
1780 Town and Country Drive Ste 105
Norco, CA 92860

BENEFICIARY (OR ASSIGNEE)

Pouyan Broukhim and Bahareh Saghian Broukhim
6380 Wilshire Blvd #1610
Los Angeles, CA 90048

You are hereby notified that ten calendar days after mailing this Notice, pursuant to the provisions of Section 2941 of the Civil Code of the State of California, the undersigned title insurance company intends to record in the Office of the County Recorder in which the deed of trust is recorded, a RELEASE OF OBLIGATION UNDER DEED OF TRUST, which shall be deemed to be the equivalent of a reconveyance of the deed of trust.

The following deed of trust will be affected by the RELEASE OF OBLIGATION:

TRUSTOR: Elzira M Wilburn

TRUSTEE: Ress Financial Corp

BENEFICIARY: Pouyan Broukhim and Bahareh Saghian Broukhim

RECORDED in the Office of the County Recorder of the County Los Angeles

RECORDING DATE: February 26, 2020          RECORDER'S DOCUMENT NO: 20200228452

BOOK/REEL                                   PAGE/IMAGE

LOAN NO. (if available): Not Available

ADDRESS OF PROPERTY: 1056 West 52nd Street, Los Angeles, California 90037

The obligation secured by this deed of trust has been paid in full.

DATE OF PAYMENT   September 23, 2020

AMOUNT OF PAYMENT   $36,995.43

DATE   July 28, 2022

Order No. 120059687

FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor by merger to LAWYERS TITLE INSURANCE CORPORATION

By:        Diane M. Berry
Address:   1200 Concord Avenue, Suite 400
           Concord, CA 94520
           (925) 288-6413     Phone (925) 288-8059

Mail 1st Class to Parties Shown Above.

150

Exhibit X

State Court Decree of Name Change Case No. 25STCP01202

Exhibit Certification

This is to certify that the following exhibit is submitted in support of the Verified Federal Complaint of Elzira Mae Thornton El, Ancestral Matriarch of the Moorish American Ancestral Esan Estate, filed in the United States District Court, Central District of California.

This Exhibit consists of:

1. The certified State Court Decree of Name Change, Case No. 25STCP01202, duly issued by the Superior Court of California, County of Los Angeles, and exemplified by the Clerk and Presiding Judge on August 25, 2025; and

2. The DBA (Doing Business As) filing, establishing lawful record of the Plaintiff's commercial appellation in alignment with her Moorish estate standing.

The original decree bearing the embossed raised seal of the Superior Court of California is lawfully in the possession and custody of the Plaintiff as the sole and rightful holder. The version presented herein is a true and correct duplicate for the purposes of federal filing and judicial notice.

Accordingly, Plaintiff establishes lawful identity, commercial record authority, and estate standing pursuant to both State Court order and Moorish estate records.

Elzira Mae Thornton El
Ancestral Matriarch of the Moorish American Ancestral Esan Estate

151

All Rights Reserved, UCC 1-308



152

NC-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: |
|---|---|
| NAME: Elzira Mae Wilburn | |

FIRM NAME:
STREET ADDRESS: %o 3434 South Budlong Avenue Morocco
CITY: Los Angeles    STATE: CA    ZIP CODE: [90007-5905]
TELEPHONE NO.: 213 718-7053    FAX NO.:    U.S.A.
E-MAIL ADDRESS: Elzimae @ gmail.com
ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Los Angeles Superior Court
MAILING ADDRESS: 111 N. Hill Street, Room 102
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

PETITION OF (name of each petitioner):

Elzira Mae Wilf

FOR CHANGE OF NAME

**DECREE CHANGING NAME**

FILED
Superior Court of California
County of Los Angeles

AUG 25 2025

David W. Slayton, Executive Officer/Clerk of Court

By: P. Boyadzhyan, Deputy

CASE NUMBER:
25STCP01202

1. The petition was duly considered:
   a. ☐ at the hearing on (date):    in Courtroom:    of the above-entitled court.
   b. ☒ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      ☒ is not    ☐ is    required to register as a sex offender under section 290 of the Penal Code.
      This determination was made (check one): ☒ by using CLETS/CJIS    ☐ based on information provided to the clerk
      of the court by a local law enforcement agency.

   c. ☒ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. ☐ Other findings (if any):

**THE COURT ORDERS:**

3. The name of

| Present name | | New name |
|---|---|---|
| a. Elzira Mae Wilburn | is changed to | Elzira (Mae) Thornton El |
| b. | is changed to | |
| c. | is changed to | |
| d. | is changed to | |

☐ Additional name changes are listed on Attachment 3.

Date: 8/25/25

Virginia Keen

JUDGE OF THE SUPERIOR COURT

☐ SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT    P: 1 of 1

VIRGINIA KEENY

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev. September 1, 2018]

**DECREE CHANGING NAME**

153

Code of Civil Procedure, §§ 1278, 1279
www.courts.ca.gov

# EXEMPLIFICATION

| CASE TITLE: | CASE NUMBER: |
|---|---|
| IN THE MATTER OF: ELZIRA MAE WILBURN | 25STCP01202 |

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

Seal of the
Superior Court, County of Los Angeles

*An original seal is embossed within this area and may or may not be affixed with a gold seal.*

I, DAVID W. SLAYTON, Executive Officer/Clerk of Court of the Superior Court of the State of California for the County of Los Angeles do hereby certify and attest that I am the custodian of records of the said Court, and that the foregoing document is a full, true and correct copy of the original **DECREE CHANGING NAME FILED ON AUGUST 25, 2025** ///////
///////////////////////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////////////////////

on file or of record in my office, and that I have carefully compared the same with the original.

Executed and Seal of said Court affixed in the County of Los Angeles, California on

August 28, 2025
(DATE)

*[signature]*

EXECUTIVE OFFICER/CLERK OF COURT OF THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, SERGIO C. TAPIA II, Presiding Judge of the Superior Court of the State of California for the County of Los Angeles do hereby certify that DAVID W. SLAYTON is Executive Officer/Clerk of Court of the Superior Court of the State of California for the County of Los Angeles (which is a court of record having by law a seal); that the signature to the foregoing certificate and attestation is the genuine signature of the said DAVID W. SLAYTON as such officer, that the seal annexed thereto is the seal of said Superior Court, that said DAVID W. SLAYTON as such officer is the legal custodian of the original records or documents described and referred to in the foregoing certificate; is the proper officer having the authority to execute said certificate and attestation, and that said attestation is in due and proper form according to the laws of the State of California. I further certify that my oath of office as a Judge of the Superior Court of California and handwritten signature, or a true and correct copy thereof, is on file or of record with the Secretary of State for the State of California for the purposes of authentication.

Executed at Los Angeles, California on

August 28, 2025
(DATE)

*[signature]*

PRESIDING JUDGE OF THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES

LASC ADM 078 Rev. 01/25

EXEMPLIFICATION

154



APOSTILLE
(Convention de La Haye du 5 octobre 1961)



A202300091069
Authority: 2024022482

1. Country: Morocco MAR

This public document

2. Document autographed by Malek[Abraham Bey] Emperor Asher

3. acting in the capacity of Grand Shek Governor

4. bears the seal stamp of Moorish-American Nation

CERTIFIED

5. at Morocco MAR the 24 Day of June 2024

7. by Governor of State

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

11 Signature

4496014

File: 2019046686 / HM-MB
HOUSE OF Bey Asher
National ID: 18-0216130
Wales Alabamu. Morocco
TXU-123-633. Bey / BEA



11. Autograph _Elvira Mae Thornton el_ 26 June 2024

Printed Name _Elvira Mae Thornton el_                 CALIFORNIA

I being a Notary of the STATE OF _CALIFORNIA_ the State at Large of _26 June 2024_
do hereby verify the identity and Autograph of the Moorish being, Lawful, Autograph.
And Seal as an Officer of the State Of _CALIFORNIA_ upon the Authenticity of the Autograph
and identity of the above mention Moorish National American.

12. Autograph _Madeline Reynolds_

13. Commission #2381097     Date 6/26/2024

Notary Exp. 10/31/2025

Printed Name _Madeline Reynolds_

MADELINE REYNOLDS
Notary Public • California
Los Angeles County

A notary public or other officer completing this identity of the individual who signed the document attached, and not the truthfulness, accuracy, or validity

State of California   County of _Los Angeles_
on _6/26/2024_ before me, Madeline Reynolds, Notary Public
appeared _Elvira Mae Thornton El_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.   WITNESS my hand and official seal.

155

Convention de La Haye du 5 octobre 1961  ) BEY / EL : 10105905 - MSTOA

IN THE MATTER OF:                          ) Amendment: 2024022482 / Our Authority

TRADEMARK & Copyright                      ) Certificate Of Existence: 2020128317

OF: Elzira Mae Thornton El                 ) Charter: 2020128318 / Apostille: 2023-07153

D/B/A: Elzira Mae: THORNTON                ) Bey Emperor Asher, Grand Sheik & Governor

## DECLARATION Of ASSUMED D/B/A

This cause came on to be heard upon the ASSUMED D/B/A of Elzira Mae: THORNTON on behalf of Free National Moor Elzira Mae Thornton El, Decree and Declared use of "Beneficiary" of THORNTON FAMILY ESTATE In connection to the company THORNTON FAMILY TRUST. It is here accepted and Approved, as verified by the Grand Sheik & Governor Wilek [Abraham Bey]: Emperor Asher that the ASSUMED D/B/A Elzira Mae: THORNTON Beneficiary ID purpose on behalf of Free National Elzira Mae Thornton El as Benefactor and Trustee, THORNTON FAMILY ESTATE, ASSUMED D/B/A, Elzira Mae: THORNTON, Authority Validation: 4965051 has been established by The Grand Body, Act done at SPRINGFIELD, Seat of Government, County of Sangamon under Talismanic SA Regnum as attachment to Consulti Weboe SA Regnum, let the Continental Record reflect (Anunaes continens recrepo ), June 24, 2024. 42 USC 12203, 18 USC 1203, 8 USC: Nationality & Citizenship. Public 94-241 sec 302 invoked as Covenant of Article III. (Do Not Stop or Detain), Elzira Mae Thornton El free National Moor doing BUSINESS as CEO / Executor of THORNTON FAMILY ESTATE: ASSUMED D/B/A: Elzira Mae: THORNTON. Apostille: 2024-4965051, State File: 112-1959-6070007, Control Number: 1399445, Allodial ID: C1069610 Non tax Obligation, Zodiac Magna Carta: AA222141, TTEE/ Benefice: Elzira Mae Thornton El. Direct from the Prophecy/Hadiths of Noble Drew Ali the Prophet & Founder of the Moorish Science Temple Of America, " Leave all Old Business as it is and do all new business in your Free National Name: Moorish-American". Zodiac Magna Carta file: 2022015633.

Autograph: _____
Wilek [Abraham Bey]:Emperor Asher, 2019046686-HM/MB
Apostille: 2023-07153, Copyright & Trademark: 4495014,
Appointment: 2024022482, Our Authority 10105905-1099
Department Of Defense File: 1-17.

Autograph: _____
[Elzira Mae Thornton]:EL, TTEE, Benefice
Apostille: 2024-4965051
Moorish-American

156

## EXHIBIT Y

### CSC Rejections & CoreLogic / RealQuest Evidence

This exhibit contains multiple CSC rejection of service notices tied to CoreLogic and its subsidiary brand RealQuest. Service was lawfully attempted under the names 'CoreLogic Solutions, LLC' and 'RealQuest,' and each time CSC refused to accept service. The September 10, 2025 rejection identifies RealQuest as the rejecting party, while the July 22, 2025 rejection references Breckenridge only as part of the case caption, but substantively declined service for CoreLogic/RealQuest. CoreLogic's own Terms of Use and business agreements confirm that RealQuest is not a separate entity but is part of CoreLogic's corporate structure. This establishes a pattern of deliberate evasion of lawful service and misrepresentation of corporate identity.

Elzira Mae Thornton El, Ancestral Matriarch
Moorish American Ancestral Esan Estate
Date: September 25, 2025



158

*Exhibit*



**null**
**Transmittal Number: 31878262**

# Rejection of Service of Process

**Return to Sender Information:**

Elzira Mae Thornton El null
Ancestral Matriarch, Moorish American Ancestral Esan
3434 South Budlong Avenue
Los Angeles, CA 90007

| | |
|---|---|
| Date: | 07/22/2025 |
| Party Served: | Realquest |
| Jurisdiction Served: | CA |
| Method Served: | Certified Mail |
| Title of Action: | Elzira Mae Thornton El vs. Breckenridge Property Fund 2016 LLC |
| Case/Reference No: | 25STCV20427 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com

*158*



JWG
Transmittal Number: 32229429



# Rejection of Service of Process

**Return to Sender Information:**

Elzira Mae Thornton El null
Elzira Mae Thornton El
3434 South Budlong Avenue
Los Angeles, CA 90007

| | |
|---|---|
| Date: | 09/10/2025 |
| Party Served: | Realquest |
| Jurisdiction Served: | CA |
| Method Served: | Certified Mail |
| Title of Action: | Elzira Mae Thornton El vs. Corelogic |
| Case/Reference No: | Not Shown |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

154



CoreLogic    **RealQuest**

## Professional

# Terms of Use and Intellectual Property Notice

These Terms of Use constitute a contract between you and CoreLogic, Inc. and/or its subsidiaries or affiliates ("CoreLogic"). These Terms of Use contain an agreement to arbitrate all claims as well as disclaimers of warranties and limitations of liability. The terms of the Intellectual Property Notice within this CoreLogic Legal Notice are expressly incorporated fully into these Terms of Use, and you agree to be bound by the most current version of the aforementioned. These provisions form an essential basis of our bargain. Please read these terms carefully. Click here to read our Privacy Policy.

## Acceptance of Terms

Use of this website or mobile application ("Sites") and its content, including information, reports, images, products, services and data provided or accessible in connection with the Sites (collectively, the "Services"), are governed by these Terms of Use. If there is a conflict between these Terms of Use and a separate agreement you enter into with CoreLogic related to the Services, the terms of the latter shall control with respect to your use of the Services.

## Changes in Terms of Use

CoreLogic may modify these Terms of Use from time to time by posting modified Terms of Use on or accessible through the Sites, or by otherwise notifying you of such modifications. Your continued use of the Services thereafter will constitute your agreement to such modifications. At the time of any material modifications, CoreLogic will change the "Last Updated" date below. You agree to review these Terms of Use

*150*

~~notification of alleged infringement under the~~ DMCA is listed below. If you believe that your work has been copied and is accessible on the website in a way that constitutes copyright infringement, notify CoreLogic in writing:

CoreLogic
Attn: Legal Department
40 Pacifica, Ste. 900
Irvine, CA 92618

copyright@corelogic.com

Any claim of copyright infringement should include sufficient information to enable us to evaluate your claim and to take appropriate action. A notice of alleged copyright infringement to the Designated Agent must include the following:

> ▸ An electronic or physical signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

> ▸ Identification of the copyrighted work claimed to have been infringed, or if multiple copyrighted works at a single online site are covered by a single notice, a representative list of such works at that site.

> ▸ Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit CoreLogic to locate the material.

> ▸ Information reasonably sufficient to permit CoreLogic to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted

> ▸ A statement that the complaining party has a good faith belief that use of the material in the matter complained of is not

161

## EXHIBIT Z

*Ownership & Security Filings (Deeds, Apostilles, UCC, Court Certifications)*

This Exhibit contains certified filings, deeds, liens, apostilles, and court certifications establishing the lawful ownership and secured status of the Moorish American Ancestral Esan Estate. Despite bearing raised seals, recorder stamps, and Secretary of State certifications, the Sheriff's Department dismissed these records as 'fake.' This dismissal, despite lawful certification, evidences denial of due process and willful neglect of properly authenticated records.

Included herein are the following items:

• • Z1 – Schedule A (Parcel Legal Description, AIN 5002-027-029)

• • Z2 – Allodial Warranty Deed (Property: 1056 W. 52nd Street)

• • Z3 – Certified Recorder Copy (Los Angeles County, Aug 5, 2024)

• • Z4 – Judgment Lien (CA Secretary of State vs. Breckenridge Property Fund 2016 LLC)

• • Z5 – Apostilles / UCC Filings (California & Alabama)

• • Z6 – Probate Court Certification (Jefferson County, Raised Seal, Aug 26, 2024)

This bundle of evidence demonstrates lawful ownership, notice, and secured interest in the estate, and shows that enforcement actors refused recognition despite official certification.

Elzira Mae Thornton El, Ancestral Matriarch

162

Moorish American Ancestral Esan Estate

Date: September 25, 2025



Moorish American Ancestral Esan Estate

163

*Exhibit 72*



# STATE OF ALABAMA
## OFFICE OF THE SECRETARY OF STATE

The attached document has been signed by an Alabama public official. This Apostille certifies the signature of that official and does not certify the content of the public document to which it is attached.

## APOSTILLE
*(Convention de La Haye du 5 octobre 1961)*

1. Country: **United States of America**

   This public document

2. has been signed by    James P Naftel II

3. acting in the capacity of    Judge of Probate

4. bears the seal/stamp of    James P Naftel II

   State of Alabama

### CERTIFIED

5. at    Montgomery, Alabama

6. the    25th day of October 2024

7. by    Secretary of State, State of Alabama    8. No.   2024-12474

9. Seal/Stamp

10. Signature:



_____      _____

Wes Allen                      Secretary of State

*164*

County Division Code: AL040 Inst. # 2024081104 Pages: 1 of 13  I certify this instrument filed on: 8/26/2024 3:14 PM
Doc: NOTICE Judge of Probate Jefferson County, AL Rec: $52.00
Clerk: WilsonC





A202300091069
Authority: 2024022482

## APOSTILLE
(convention de La Haye du 5 octobre 1961)

1. Country: Morocco', MAR

   This public document

2. Document autographed by Wick[Abraham Bey]: Emperor Asher

3. acting in the capacity of  Grand Sheik / Governor

4. bears the seal/stamp of  Moorish-American Nation

### CERTIFIED

5. at Morocco', MAR 6. the 26 August 2024

7. by  Governor of State

8. No.  20240522033

9.



10. Signature

4495014

File: 20190466867 HM-MB
HOUSE OF Bey Asher
National ID: 18-0216130
Wales, Alabamu, Morocco
TXU-123-633, Bey / BEA





165

County Division Code: AL040 Inst. # 2024081104 Pages: 2 of 13



# Secretary of State
**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

MOORISH SCIENCE TEMPLE OF AMERICA
WILEK ABRAHAM BEY EMPEROR ASHER
451 15TH CT NW
CE, AL 35215

August 22, 2024 2:08 PM

File No.:  U240067010112

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document relevant to the information below. To access
free copies of filed UCC documents, enter the File No. above in the Search module on the UCC Online
web portal at bizfileonline.sos.ca.gov/search/ucc.

### DEBTOR INFORMATION

| | |
|---|---|
| Debtor Name: | 267 VERMONT AVENUE VILLA |
| Debtor Address: | 1137, VERMONT AVENUE VILLA |
| | LOS ANGELES, CA 90037 |

### SECURED PARTY INFORMATION

| | |
|---|---|
| Secured Party Name: | WILBURN & THORNTON FAMILY TRUST |
| Secured Party Address: | 1056 WEST 52ND STREET |
| | LOS ANGELES, CA 90037 |
| Secured Party Name: | ELZIRA MAE THORNTON EL TTEE/BENE |
| Secured Party Address: | 1056 WEST 52ND STREET |
| | LOS ANGELES, CA 90037-9999 |

### FILING INFORMATION

| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | U240067010112 |
| File Date: | 8/22/2024 1:05 PM |
| Lapse Date: | 8/22/2054 11:59 PM |
| Alt Filing Type: | Public-Finance Transaction |

*166*

County Division Code: AL040 Inst. # 2024081104 Pages: 3 of 13

 

U240067010112



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**

File No.: U240067010112
Date Filed: 8/22/2024

B2986-8420  08/22/2024  1:05 PM Received by California Secretary of State

**Submitter Information:**

| | |
|---|---|
| Contact Name | Wilek Abraham Bey Emperor Asher |
| Organization Name | MOORISH SCIENCE TEMPLE OF AMERICA |
| Phone Number | (659) 262-0753 |
| Email Address | wilekbey@gmail.com |
| Address | 451 15TH CT NW CE. AL 35215 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| 267 VERMONT AVENUE VILLA | 1137, VERMONT AVENUE VILLA Los Angeles, CA 90037 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| WILBURN & THORNTON FAMILY TRUST | 1056 WEST 52ND STREET LOS ANGELES, CA 90037 |
| Elzira Mae Thornton El TTEE/Bene | 1056 West 52nd Street Los Angeles, CA 90037-9999 |

Indicate how documentation of Collateral is provided:
Attached in a File

Upload PDF as Collateral:
EL. Mae Thornton Allodial Warranty Deed.pdf

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Being Administered by a Decedent's Personal Representative

Select an alternate Financing Statement type:
Public-Finance Transaction

Select an additional alternate Financing Statement type:
Non-UCC Filing

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Bailee/Bailor

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:
☐ Order a Search to Reflect



Certified Copy

167

Page 1 of 9

County Division Code: AL040 Inst. # 2024081104 Pages: 4 of 13





# Allodial Deed
## 20240522033
Attachment to
Land Patent: 2020128319
TXU-123-633

In the HOUSE OF BEY ASHER HIERARCHICAL COURT, a Ecclesiastical Court of the Moorish-American Nation Unique ID, J237-7, Empr. Hierarchical Code, R1.01.052.004, it has been decided upon, and now here granted under the Sovereign Authority of the Moorish-American Nation; 207 VERMONT AVENUE VILLA 1137 VERMONT AVE VILLA City Of Los Angeles to the Original Title Holder of said Property Elzra Mae, Thornton El, from this Day said Property Nationalized under the Nationality of Indigenous Inhabitant and Property conveyed into Trust of WILBURN & THORNTON FAMILY TRUST, attached to Allodial Deed is Lien U240067010112, JUDGEMENT OF LIEN, U24006607873G, Property Cured and Titled to WILBURN & THORNTON FAMILY TRUST, in Right of Possession, Moorish-American Land Title Ownership of Benefactor, Elzra Mae Thornton El as SO ORDERED.

Chief Justice & Governor,
Wilak Abraham Bey Emperor Asher

Autograph:
Date: 08/22/2024
Appointment: 2024022482



WILBURN & THORNTON FAMILY TRUST
Elzra Mae Thornton El. TTEE
Apostille 2024-4965061
File 2024060090
DOC File N-17 Moorish-American
Land Patent 2020128319
TXU-123-633

Autograph Elzie Mae Thornton El

I being a Notary Of the State Of California, witness and attest to the Identity and Autograph of Elzra Mae Thornton El

Printed Name  Madeline Reynolds
Autograph  Madeline Reynolds
Commission Expiration  Oct. 31, 2025
Date  8/8/2024



MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2361097
My Comm. Expires Oct 31, 2025



168

County Division Code: AL040 Inst. # 2024081104 Pages: 5 of 13



This page is part of your document - DO NOT DISCARD



## 20240522033



Pages:
0007

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

08/05/24 AT 03:34PM

| | |
|---|---|
| FEES: | 37.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 37.00 |





LEADSHEET



202408050920021

00024679772



014824801

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED



169

County Division Code: AL040 Inst. # 2024081104 Pages: 6 of 13

RECORDING REQUESTED BY

*Elzira Mae Thornton El*

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME *WILBURN & THORNTON FAMILY TRUST*

STREET ADDRESS
*P.O. BOX 110156*

CITY, STATE &
ZIP CODE
*Birmingham, Alabama, 35215*

08/05/2024

*20240522033*

SPACE ABOVE FOR RECORDER'S USE ONLY

## WARRANTY DEED
Title of Document

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT).

☒ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

*/*

*170*

County Division Code: AL040 Inst. # 2024081104 Pages: 7 of 13

---

THIS SPACE PROVIDED FOR RECORDER'S USE ONLY:

WHEN RECORDED RETURN TO:
WILBURN & THORNTON FAMILY TRUST
PO Box 110156
Birmingham, Alabama, 35215

APN: 5002-027-029

## WARRANTY DEED

The undersigned Grantor declares that this transfer is exempt from the documentary transfer tax and that the tax owed is $0.00.

Grantor further declares this conveyance is to transfer property into or out of a Living Trust. (R&T Code 11930).

THE GRANTOR(S).
- WILBURN & THORNTON FAMILY TRUST. Elzira Mae Thornton El. Trustee

for and in consideration of: $10.00 grants, bargains, sells, conveys and warranties to the GRANTEE(S):
- Elzira Mae Thornton El. 1056 West 52nd Street. PID: 5002-027-029 . Los Angeles County, California, 90037-9999.
the following described real estate, situated in the County of ___Los Angeles___ . State of California:

Legal Description: 33.99462°N, 118.29399°W, see also attached Allodial Warranty Deed *Exhibit B*
267, VERMONT AVENUE VILLA, 1137, VERMONT AVE VILLA City of Los Angeles
Schedule A

MAIL TAX STATEMENTS AS DIRECTED ABOVE        Page 1 of 3

171

County Division Code: AL040 Inst. # 2024081104 Pages: 8 of 13

Subject to existing taxes, assessments, liens, encumbrances, covenants, conditions, restrictions, rights of way and easements of record the grantor hereby covenants with the Grantee(s) that Grantor is lawfully seized in fee simple of the above granted premises and has good right to sell and convey the same; and that Grantor, his heirs, executors and administrators shall warrant and defend the title unto the Grantee, his heirs and assigns against all lawful claims whatsoever.

EXCEPTING AND RESERVING unto Grantor(s), a 100 percent interest in all oil, gas, and other minerals, including gravel, clay, coal, sand and scoria presently owned by the estate.

Tax Parcel Number: 5002-027-029

Grantor Signatures: Elzira Mae Thornton EL;TTEE

DATED: 02/02/2024

*Elzira Mae Thornton El*

Elzira Mae Thornton El, Trustee on behalf of
WILBURN & THORNTON FAMILY TRUST
1056 West 52 Street
Los Angeles, California, 90037

Page 2 of 2

172

County Division Code: AL040 Inst. # 2024081104 Pages: 9 of 13

A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On _August 2, 2024_ before me, _Jay Estiri Notary Public_, personally appeared Elzira Mae Thornton El on behalf of WILBURN & THORNTON FAMILY TRUST, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____  (Notary Seal)
Signature of Notary Public

JAY ESTIRI
Notary Public - California
Los Angeles County
Commission # 2393849
My Comm. Expires Dec 17, 2025

Page 3 of 3

County Division Code: AL040 Inst. # 2024081104 Pages: 10 of 13

## "SCHEDULE A"

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 267 OF VERMONT AVENUE VILLA TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 11 PAGES 37 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ASSESSOR'S PARCEL NUMBER: 5082-027-029

174

County Division Code: AL040 Inst. # 2024081104 Pages: 11 of 13



*Exhibit B*



## Allodial Warranty Deed

**Property: 1056 west 52nd Street Los Angeles California**

TRUSTEE / Trustor : Elzira Mae Thornton EL
Pursuant to Moorish-American Nationality under Hurd's Revised Statutes 805 ILCS  735 ILCS 5/12-901, The Illinois homestead act code: 35 ILCS 200/15-175, 35 ILCS 200/15-169 and  North Carolina G.S.105-277.1. Elderly or disabled property tax homestead exclusion. Property in Hold and Possession Right of Way The Moorish heir being, Elzira Mae Thornton El  TRUSTEE / TRUSTOR, Benelfcel of  WILBURN & THORNTON FAMILY TRUST and Benefactor of : the same Legal and Lawful Entity(s) ALLCAP, Trademarked Copyright NAME & TITLE, any and all variations and Derivatives, Moorish-Americans, Allodial land holder and heir.
Trust Property Description:
  ● Parcel ID: 5002-027-029
Pursuant to The Declaration of Indigenous Rights enacted by Organization of American States which the United States and all its Departments are subject to All Articles Incorporated. Pursuant to the Constitution for the United States of America 1774.
  ● Divine Constitution & By-Laws
  ● 805 ILCS, 762 ILCS
  ● Hurdes Statues: Illinois State Constitution. Illinois: Tribe of Man
  ● Charter: 2020128318
  ● Certificate of Existence: 2020128318
  ● Land Patent: 2020128319
  ● Zodiac Constitution Magna Charta AA222141 file No: 2020015632

I Elzira Mae Thornton El am of the age of maturity to make this affidavit and the facts herein. I, Elzira Mae Thornton El, am mentally competent to make this official Allodial Warranty Deed of Facts for the Record. Dated this August 3, 2024, Legal Deed and Trust.

State of California Republic, Morocco
Beneficiary(s): Elzira Mae Thornton El
Authorized Consul: Grand Sheik & Governor; Wilck Abraham Bey-Emperor Asher
Apostille: 2023-07153

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State AT Large of California

I _MAdeline Reynolds_ being a Notary of the State at Large of California, verify that Elzira Mae Thornton El, above mentioned, Autographed this Document in front of me and that I am autographing in significance of the Action of Autograph and Identity, as a Moorish-American, and a member of the State of California, as a Californian State National. PL 94-241

Autograph _Elzira Mae Thornton El_  Elzira Mae Thornton El

California State ID: _C1069610_

Notary Autograph _Madeline Reynold_

Commission Expiration _Oct. 31, 2025_

Date _Augu.3, 2024_  ma





☆ Certified Copy ☆

County Division Code: AL040 Inst. # 2024081104 Pages: 12 of 13

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

AUG 05 2024

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

176

certified copy

County Division Code: AL040 Inst. # 202408110A Pages: 13 of 13




U240066973738

B2986-3607 08/22/2024 10:55 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
Office of the Secretary of State
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**

**-FILED-**

File No.: U240066973738
Date Filed: 8/22/2024

---

**Submitter Information:**

| | |
|---|---|
| Contact Name | Wilek Bey Emperor Asher |
| Organization Name | MOORISH SCIENCE TEMPLE OF AMERICA |
| Phone Number | (659) 262-0753 |
| Email Address | wilekbey@gmail.com |
| Address | 451 15TH CT NW<br>CENTER POINT, AL 35215 |

---

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
|---|---|
| BRECKENRIDGE PROPERTY FUND 2016 LLC | 2015 Manhattan Beach Blvd<br>Redondo Beach, CA 00000-0100 |

---

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
|---|---|
| Elzira Mae Thornton El | 1056 52nd Street<br>Republic, Morocco<br>Los Angeles, CA 90037 |

---

**Judgment Information:**

| | |
|---|---|
| A. Name of Court Where Judgment Was Entered | HOUSE OF BEY ASHER HIERARCHICAL COURT |
| B. Title of the Action | Supreme Injunction |
| C. Case Number | 23STUD12323 |
| D. Date Judgment Was Entered | 08/14/2024 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
|---|
| None Entered |

| | |
|---|---|
| F. Date of This Notice | 08/19/2024 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $341,600.00 |

---

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

---

**Declaration and Signature:**

Declaration:

Organization Name:

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Wilek Bey Emperor Asher
Sign Here

I am a representative of a Judgment Creditor Organization listed on the Judgment Lien.

MOORISH SCIENCE TEMPLE OF AMERICA

08/22/2024
Date

Page 1 of 1

☆ Certified Copy ☆
127

Jefferson County
I, the Undersigned, as Judge of Probate in and for said County, in said State, hereby certify that the foregoing is a full, true and correct copy of the instrument with the filing of same as appears of record in this office in vol. 2024081104 page _____

Given under my hand and official seal, this the 26 day of August , 2024

Judge of Probate

178

## EXHIBIT AA
## OWNERSHIP ADDENDUM

This Ownership Addendum is issued by the Moorish American Ancestral Esan Estate, under the lawful authority of the Ancestral Matriarch. It affirms superior title, rights, and interests in the estate property located at 1056 West 52nd Street, Los Angeles, California Republic 90037, and any related trust property.

Key Declarations:
1. The Estate retains superior title above all corporate, municipal, or foreign claims.
2. Any fraudulent assignments, deeds, or filings are null, void, and without lawful effect.
3. No party may transfer, encumber, or dispose of estate property without the direct authorization of the Ancestral Matriarch.
4. This Addendum supplements prior affidavits, declarations, and exhibits affirming ownership and inheritance rights.



180

## EXHIBIT BB
## DEMAND TO COMPEL

This Demand to Compel is entered into the Verified Federal Complaint as a lawful directive against all named defendants. It compels disclosure, restitution, and cessation of fraudulent acts and trespass against the Moorish American Ancestral Esan Estate.

Demands:
1. Defendants must immediately cease and desist from trespass, interference, or claims against the Estate.
2. Defendants must produce all lawful documents of authority to justify any actions taken against the Estate.
3. All proceeds, profits, rents, or gains unlawfully taken from the Estate must be returned.
4. Defendants are compelled to correct fraudulent recordings and filings with the County Recorder and Secretary of State.
5. Failure to comply shall result in enforcement under the Fee Schedule (Exhibit CC).



## EXHIBIT CC
## UPDATED FEE SCHEDULE

This Updated Fee Schedule sets forth the penalties, remedies, and lawful claims of the Moorish American Ancestral Esan Estate for trespass, harm, interference, and fraudulent activities. It is incorporated into the Verified Federal Complaint and applies to all defendants jointly and severally.

A penalty of $500,000 (lawful money) per incident, per actor, plus $50,000 per day of continued trespass.

Flat damages of $5,000,000 (lawful money), plus $100,000 per day until full restoration of property and rights.

Damages of $250,000 (lawful money) per occurrence.

Damages of $2,500,000 (lawful money) per fraudulent filing, plus $500,000 per day of ongoing harm.

Damages of $1,000,000 (lawful money) per incident, plus $25,000 per day until remedied.

Accrual of $100,000 (lawful money) per day per actor until full remedy is achieved.

Total claim of $220 Trillion (lawful money), jointly and

fraud, injury, and denial of due process.

**EXHIBIT DD**
*Defendant List and Addresses*

1. 1. Breckenridge Property Fund 2016 LLC / Wedgewood

2015 Manhattan Beach Blvd, Suite 100
Redondo Beach, California 90278

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

2. 2. United Wholesale Mortgage

585 South Blvd E
Pontiac, Michigan 48341

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

3. 3. MTC Financial Inc. d/b/a Trustee Corps

17100 Gillette Ave
Irvine, California 92614

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

4. 4. CoreLogic Solutions, LLC / RealQuest

40 Pacifica, Suite 900
Irvine, California 92618

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

5. 5. Zillow Group, Inc.

1301 Second Avenue, Floor 31
Seattle, Washington 98101

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

6. 6. Big Block Powerhouse Realty / Alejandro Soto

3452 E. Florence Ave

Huntington Park, California 90255

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

7. 7. SoCalGas

555 W. 5th Street
Los Angeles, California 90013

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

8. 8. Law Offices of Sam Chandra, APC / Luke Sinkinson

111 N. Market Street, Suite 300
San Jose, California 95113

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

9. 9. DAWGS (Door and Window Guard Systems, Inc.)

Headquarters: 8770 West Bryn Mawr Avenue, Chicago, IL 60631
Corporate Office: 1501 E. Woodfield Road, Suite 200W, Schaumburg, IL 60173
Operations/Warehouse: 15535 S. Crawford Avenue, Markham, IL 60428

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

10. 10. Los Angeles County Sheriff's Department

211 W. Temple Street
Los Angeles, California 90012

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

11. 11. Andrew Abram Esbenshade (Administrative Clerk)

111 N. Hill Street
Los Angeles, California 90012

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

12400 Imperial Highway
Norwalk, California 90650

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

13. 13. Mortgage Electronic Registration Systems, Inc. (MERS)

1818 Library Street, Suite 300
Reston, Virginia 20190

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

14. 14. Aaron Burdick (Notary)

2100 US 19 Alt
Palm Harbor, Florida 34683

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

15. 15. U.S. Securities and Exchange Commission (SEC)

100 F Street NE
Washington, DC 20549

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

16. 16. Federal Trade Commission (FTC)

600 Pennsylvania Avenue NW
Washington, DC 20580

Bonding Company: To Be Identified

Defendant is sued in both public and private capacity.

Exhibit *HC*

Harris County Attorney Case = Deed Fraud Judgment

On September 4, 2025, Harris County Attorney Christian D. Menefee announced that his office obtained a final default judgment against a Houston couple who executed a large-scale deed fraud scheme. The scheme involved forged deeds, falsified signatures, and fraudulent notary filings to unlawfully claim ownership of more than 35 properties across Harris County, Texas.

As a result of the judgment, over 40 homes were restored to their rightful owners, many of whom were elderly, non-English speakers, or cash-only buyers who were especially vulnerable to fraudulent practices.

This official action confirms that fraudulent deeds and improper notarial acts are recognized by U.S. courts as unlawful, void, and reversible, and demonstrates that courts have the authority and duty to restore property to the true owners when fraud is established.

- Harris County Attorney Press Release: Harris County Attorney Christian D. Menefee Secures Judgment Returning 40 Properties in Forgery Scheme (September 4, 2025).
- Houston Chronicle Coverage: Lawsuit alleges Houston couple stole more than 35 properties through fraudulent deed filings (April 15, 2025).

This Exhibit is submitted to show that courts in the United States have actively reversed fraudulent deed transfers and restored property ownership to rightful claimants, further supporting the relief requested in this Verified Federal Complaint.

HC 186

Date: September 25, 2025



HC 187