TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-5557
     E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Federal Defendants
U.S. Securities and Exchange Commission,
U.S. Department of the Treasury, and
Federal Trade Commission

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZIRA MAE THORNTON-EL, ARCESTRAL MATRIARCH OF THE MOORIS AMERICAN ANCESTRAL ESAN ESTATE,<br><br>     Plaintiff,<br><br>     v.<br><br>BRECKENRIDGE PROPERTY FUND 2016, LLC et al.,<br><br>     Defendants. | No. 2:25-cv-09418-ODW-KS<br><br>**FEDERAL DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR REPLY [DKT. 68]**<br><br>Honorable Karen L. Stevenson<br>United States Chief Magistrate Judge |

**<u>OBJECTION TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR REPLY</u>**

Federal Defendants object to Plaintiff Elzira Mae Thornton-El's request for leave to file a sur-reply or in the alternative leave to file a first amended complaint. Dkt. 68. Plaintiff's proposed sur-reply repeats the same allegations stated in her prior pleadings.

"A decision to grant or deny leave to file a sur-reply is generally committed to the sound discretion of the court." *Tounget v. Valley-Wide Recreation & Park Dist.*, 2020 WL 8410456, at *2 (C.D. Cal. Feb. 20, 2020). District courts typically allow sur-replies only when a valid reason for briefing exists. *Id*. For example, courts have allowed sur-replies to consider "evidence or arguments that give a more complete picture of the issues in need of resolution." *Id*.; *see also Radware, Ltd. v. F5 Networks, Inc.*, 2016 WL 393227, at *2 (N.D. Cal. Feb. 2, 2016) (granting leave to file sur-reply because it "helped to crystalize the disputed issues"); *In re: Cathode Ray Tube (CRT) Antitrust Litig.*, 2014 WL 7206620, at *1 n.2 (N.D. Cal. Dec. 18, 2014) (granting leave to file sur-reply "in the interests of completeness and judicial efficiency").

Here, Plaintiff requests to provide further explanation of her FOIA claim against the SEC. *See generally* Dkt. 68. But the proposed Sur Reply repeats what she previously pled and does not provide a "good faith clarification" (Dkt. 68 at 7, ¶ 3) on any plausible basis that residential mortgage records are ***agency records that the SEC maintains*** or that the SEC has ***improperly withheld*** any records. *See* Dkt. 54 (Motion) at 7. The proposed Sur-Reply does not plausibly explain that SEC maintains records of her property (Dkt. 68 at 7, ¶ 2) nor does Plaintiff dispute the facts of SEC's FOIA Response dated July 24, 2025 (Dkt. 65-4).

Finally, in the alternative, granting Plaintiff immediate leave to file a first amended complaint before a decision on the five motions to dismiss [Dkt. 53, 54, 55, 56, 59] would not be judicially efficient and will create duplicative work for all parties if this Court grants all the motions and decides that amendment would produce undue delay in the litigation or result in futility for lack of merit.

1

Dated: January 20, 2026              Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


      /s/ Alexander L. Farrell
ALEXANDER L. FARRELL
Assistant United States Attorney

Attorneys for Federal Defendants U.S. Securities
and Exchange Commission, U.S. Department of
the Treasury, and Federal Trade Commission


### Local Rule 11-6.2 Certificate of Compliance

The undersigned counsel of record certifies that this Objection contains 366 words which complies with the word limit set by L.R. 11-6.1 and the District Court's Procedures.

Dated: January 20, 2026              /s/ Alexander L. Farrell

ALEXANDER L. FARRELL
Assistant United States Attorney

2